UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SAWYER, )
        Plaintiff, )
)
v. ) C.A. No. 04-11945-JLT
)
SPRINGFIELD TERMINAL RAILWAY )
COMPANY and )
BOSTON & MAINE CORPORATION, )
        Defendant. )
)

## STIPULATION OF DISMISSAL
## AS TO ONLY BOSTON & MAINE CORPORATION

All parties to the above entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action as against only Boston & Maine Corporation, including any and all counterclaims, be dismissed without prejudice and without costs or expenses including attorney's fees. The parties also stipulate that the defendant, Boston & Maine Corporation, waives the defenses of statute of limitations and laches with respect to this cause of action.

| The plaintiff, | The defendants, |
|---|---|
| Robert Sawyer, | Boston & Maine Corporation and Guilford |
| By his attorney, | Transportation Industries, Inc. |
| | By their attorney, |
| *(signature)* | *(signature)* |
| Paul J. Riley, Esq. | John J. O'Brien, Jr. |
| Barish Law Offices, P. C. | BBO# 375885 |
| Three Parkway - 13th Floor | O'Brien & von Rosenvinge, P.C. |
| Philadelphia, PA 19102 | 27 Mica Lane, Suite 202 |
| (215) 923-8900 | Wellesley, MA 02481 |
| | (781) 239-9988 |

DATED: November 10, 2004
SOD B&M

Respectfully submitted,
By the defendant,
Springfield Terminal Railway Company,
By its attorneys,

John J. O'Brien, Jr.
BBO # 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Boston, MA 02481
(781) 239-9988

DATED: November 10, 2004

## CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the defendant, Boston & Maine Corp., hereby certify this date I forwarded true copies of:

**STIPULATION OF DISMISSAL
AS TO ONLY BOSTON & MAINE CORPORATION**

by first class mail, postage pre-paid to the following counsel of record:

Ronald M. Davids, Esq.
Davids & Schlesinger
40 Washington Street, Suite 250
Wellesley, MA 02481

Paul J. Riley, Esq.
Barish Law Offices, P.C.
Three Parkway - 13th Floor
Philadelphia, PA 19102

John J. O'Brien, Jr.