# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT SAWYER,  )
             **Plaintiff,**  )
               )
v.  )      **C.A. No. 04-11945-JLT**
               )
SPRINGFIELD TERMINAL RAILWAY  )
COMPANY and  )
BOSTON & MAINE CORPORATION,  )
             **Defendant.**  )
               )

## CERTIFICATION IN COMPLIANCE WITH
## LOCAL RULE 16.1(D)(3)

I, Cynthia S. Scarano, under oath hereby depose and state as follows:

1.     I am Vice President of Human Resources - Claims for the Defendant, Springfield Terminal Railway Company.

2.     I have conferred with counsel with regard to establishing a budget for the cost of conducting the full course and alternate course of litigation as well as the various alternative courses of resolution such as Alternative Dispute Resolution and Mediation. The Defendant needs to develop further information before it can decide whether this case is appropriate for settlement, ADR or full litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___2___ DAY
OF ___November___, 2004.

*Cynthia S. Scarano*

Ms. Cynthia S. Scarano
Vice President of Human Resources - Claims
Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA 01862
Tel.: (978) 663-1028
Fax: (98 ) 663-1213

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of **CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)(3)** by mailing a copy thereof, postage prepaid, to:

Ronald M. Davids, Esq.
Davids & Schlesinger
40 Washington Street, Suite 250
Wellesley, MA 02481

Paul J. Riley, Esq.
Barish Law Offices, P. C.
Three Parkway - 13th Floor
Philadelphia, PA 19102

John J. O'Brien, Jr.

Dated:   November 10, 2004