UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT SAWYER,**<br>            **Plaintiff,**<br><br>v.<br><br>**SPRINGFIELD TERMINAL RAILWAY**<br>**COMPANY and**<br>**BOSTON & MAINE CORPORATION,**<br>            **Defendant.** | C.A. No. 04-11945-JLT |

## CERTIFICATION IN COMPLIANCE WITH
## LOCAL RULE 16.1(D)(3)

I, John J. O'Brien, Jr., under oath hereby depose and state as follows:

1. I am a partner with the law office of O'Brien & von Rosenvinge, P. C. and represent the Defendant, Springfield Terminal Railway Company.

2. In anticipation of s scheduling conference, I have conferred with Ms. Cynthia S. Scarano, Vice President of Human Resources - Claims for Springfield Terminal Railway Company, with regard to establishing a budget for the cost of conducting the full course of litigation as well as the various alternative courses of resolution such as Alternative Dispute Resolution and Mediation. The Defendant needs to develop further information before it can decide whether this case is appropriate for settlement, ADR or full litigation. I have also conferred with the appropriate individual at Boston & Maine Corporation and as a consequence thereof, I have filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or in the alternative, Fed. R. Civ. P. 56.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF NOVEMBER, 2004.

John J. O'Brien, Jr.
BBO # 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
Tel.: (781) 239-9988
Fax: (781) 239-3360

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of **CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)(3)** by mailing a copy thereof, postage prepaid, to:

Ronald M. Davids, Esq.
Davids & Schlesinger
40 Washington Street, Suite 250
Wellesley, MA 02481

Paul J. Riley, Esq.
Barish Law Offices, P. C.
Three Parkway - 13th Floor
Philadelphia, PA 19102

John J. O'Brien, Jr.

Dated: November 10, 2004