UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER,<br>            Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY<br>COMPANY and<br>BOSTON & MAINE CORPORATION,<br>            Defendant. | )<br>)<br>)<br>)  C.A. No. 04-11945-JLT<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL AS TO ONLY PLAINTIFF'S CLAIMS
AGAINST SPRINGFIELD TERMINAL RAILWAY COMPANY BROUGHT
PURSUANT TO THE FEDERAL SAFETY AND APPLIANCE
<u>ACT 29 U.S.C. sec. 1 et.seq.</u>**

    All parties to the above entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims brought pursuant to the Federal Safety Appliance Act, 29 U.S.C. §§ 1 et. seq., as against Springfield Terminal Railway Company and as alleged in Plaintiff's Complaint, be dismissed with prejudice and without costs or expenses including attorney's fees.

The plaintiff,
Robert Sawyer,
By his attorney,

_____
Paul J. Riley, Esq.
Barish Law Offices, P. C.
Three Parkway - 13th Floor
Philadelphia, PA 19102
(215) 923-8900

The defendants,
Springfield Terminal Railway Company
By their attorney,

_____
John J. O'Brien, Jr.
BBO# 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
(781) 239-9988

DATED: November 19, 2004
SOD B&M

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the defendant, Springfield Terminal Railway Company, hereby certify this date I forwarded true copies of:

**STIPULATION OF DISMISSAL AS TO ONLY PLAINTIFF'S CLAIMS AGAINST SPRINGFIELD TERMINAL RAILWAY COMPANY BROUGHT PURSUANT TO THE FEDERAL SAFETY AND APPLIANCE ACT 29 U.S.C. sec. 1 et.seq.**

by first class mail, postage pre-paid to the following counsel of record:

Ronald M. Davids, Esq.
Davids & Schlesinger
40 Washington Street, Suite 250
Wellesley, MA 02481

Paul J. Riley, Esq.
Barish Law Offices, P. C.
Three Parkway - 13th Floor
Philadelphia, PA 19102

John J. O'Brien, Jr.