# O'BRIEN & VON ROSENVINGE, P.C.

ATTORNEYS AT LAW
27 MICA LANE, SUITE 202
WELLESLEY, MA 02481

TELEPHONE (781) 239-9988
FACSIMILE (781) 239-3360

FILED
CLERK'S OFFICE

2004 DEC 16  A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 14, 2004

Ms. Kimberly Abaid, Docket Clerk
Civil Clerk's Office
United States Federal District Court
1 Courthouse Way
Boston, MA 02210

RE:   Robert Sawyer v. Springfield Terminal Railway Company
      U.S.D.C.: C.A. No. 04-11945-JLT

Dear Ms. Abaid:

Enclosed please find the following:

    A stipulation of dismissal as to only Boston & Maine Corporation dated 11/10/04; and

    A stipulation of dismissal as to only plaintiff's claims against Springfield Terminal Railway Company brought pursuant to the Federal Safety and Appliance Act dated 11/19/04.

My understanding and recollection of our previous telephone conference on these matters is that both of the above referenced motions have been filed and are expected to be allowed by the Court inasmuch as they are assented to by the parties. The only remaining defendant is Springfield Terminal Railway Company for claims pursuant to the Federal Employers' Liability Act. I attempted to view the electronic docket to obtain information concerning the above but the system would not permit me access. For that reason I am sending this letter. Please contact me in the event my understanding is incorrect. I received the electronic transmission concerning the Scheduling Conference on January 4 and am in the process of preparing a proposed Joint Statement of the parties. I will forward it to you under separate cover.

Very truly yours,

John J. O'Brien, Jr.

/jjob,jr
w/enclosure
cc: Paul J. Riley, Esq.
    Ronald M. Davids, Esq.

ClerkAbaidVerifyFilingSODs and Jt Stmnt