UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER,<br>          Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY<br>COMPANY and<br>BOSTON & MAINE CORPORATION,<br>          Defendant. | )<br>)<br>)<br>) C.A. No. 04-11945-JLT<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT

### I. STATEMENT OF THE CASE

The plaintiff, Robert Sawyer, has brought suit against the only remaining defendant, Springfield Terminal Railway Company (STR) alleging that he was injured in the course of his employment with STR while attempting to exit a locomotive on or about October 23, 2003. The plaintiff further alleges that he was injured because the door of the locomotive he was exiting "malfunctioned, was defective and was improperly and/or poorly maintained." The defendant, STR, denies all such allegations.

### II. JOINT DISCOVERY PLAN

The attorneys for the parties have reached an agreement for a proposed Pretrial Schedule as follows:

1. All discovery shall be completed by September 14, 2005.

2. All experts for the plaintiff shall be designated no later than October 12, 2005 pursuant to 26(9)(2)(B).

3. All experts for the defendant shall be designated no later than November 30, 2005.

4. Rule 36 Requests to be completed by December 8, 2005.

5. All expert depositions shall be completed by December 8, 2005.

6. All Motions for Summary Judgment shall be filed by February 16, 2006.

7. All Oppositions to Motions for Summary Judgment shall be filed by March 29, 2006.

8. A Final Pretrial Conference shall be held on or before April 26, 2006 or other date to be set at the convenience of the Court.

### III. JOINT STATEMENT

Attorney for the defendant, John J. O'Brien, Jr., and attorney for the plaintiff, Paul J. Riley, have conferred concerning the above-stated discovery schedule and expenses.

Counsel for the parties have discussed the informal exchange of discovery to reduce the parties' litigation costs and agree that the agenda at the scheduling conference should include a discussion of the liability and damage issues involved in this litigation.

The parties further respectfully suggest that it is premature for the Court to be involved in settlement discussions.

The parties cannot agree at this time to a trial by Magistrate Judge.

Respectfully submitted:

The plaintiff,
Robert Sawyer,
By his attorney,

Paul J. Riley, Esq.
Barish Law Offices, P. C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
800-923-8900

DATED: 12-23-04

The defendant,
Springfield Terminal Railway Company,
By its attorney

John J. O'Brien, Jr., Esq.
BBO# 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
(781) 239-9988