UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SAWYER

    Plaintiff

v.

SPRINGFIELD TERMINAL RAILWAY COMPANY, et al

    Defendant

Case Number: 04 11945 JLT

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that the Plaintiff, Robert Sawyer and his counsel, Barish Law Offices, P.C., have conferred as to the costs of litigation of the above-captioned matter.

Robert J. Sawyer and Barish Law Offices, P.C., have further discussed the resolution of litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

Respectfully submitted,

BARISH LAW OFFICES, P.C.

By: _____
PAUL J. RILEY, ESQUIRE

By: _____
ROBERT SAWYER