AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

ROBERT SAWYER

V.

SPRINGFIELD TERMINAL RAILWAY COMPANY, et al

**APPEARANCE**

Case Number: 0411945JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert Sawyer, Plaintiff

I certify that I am admitted to practice in this court.

| 1/4/05 | /s/ Jennifer A. O'Brien |
|---|---|
| Date | Signature |

Jennifer A. O'Brien            644477
Print Name                     Bar Number

Davids & Schlesinger, 40 Washington Street, Suite 250
Address

| Wellesley | MA | 02481 |
|---|---|---|
| City | State | Zip Code |

(781) 416-5055            (781) 416-4344
Phone Number              Fax Number