UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \*   Civil Action No. 04-11945-JLT |
| | \* |
| SPRINGFIELD TERMINAL RAILWAY | \* |
| COMPANY, | \* |
| | \* |
| Defendant. | \* |

## ORDER

January 5, 2005

TAURO, J.

After a conference on January 4, 2005, this court hereby orders that:

1. Plaintiff may depose Gary Willis, Paul D'Hardt, and Christopher Gorreck;

2. Defendant may depose the following individuals: (1) Robert Sawyer, (2) Keeper of Records, Massachusetts General Hospital, (3) Dr. Andrew J. Meltzer, (4) Keeper of Records, Cataldo Ambulance Services Inc., and (5) John Jiuliano;

3. All discovery shall be completed by May 31, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for June 7, 2005 at 10:15 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge