# BARISH LAW OFFICES, P.C.

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

June 9, 2005

Ms. Zita Lovett, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

    **RE:**     **Robert J. Sawyer v. Springfield Terminal Railway Company**
              **U.S.D.C.: C.A. No. 04-11945-JLT**

Dear Ms. Lovett:

    I write to respectfully request a short continuance of the above-captioned matter scheduled for a status conference on Thursday, June 16, 2005 at 11:00 a.m. before the Honorable Joseph Tauro. I am scheduled to start a jury trial on Monday, June 13, 2005 in Philadelphia in the matter of *Debra Darrohn v. New Jersey Transit*, P.C.C.P. April Term, 2002, No. 602. I anticipate the Darrohn case will run through Monday, June 21, 2005. I am available the rest of that week and June 27 and June 29 of the following week. Defense counsel John J. O'Brien, Jr. has no objection in this regard.

    Thank you in advance for your consideration.

                                                Very truly yours,

                                                PAUL J. RILEY

cc: John J. O'Brien, Jr., Esquire