UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER,<br>　　　　Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY<br>COMPANY and<br>BOSTON & MAINE CORPORATION,<br>　　　　Defendant. | C.A. No. 04-11945-JLT |

### JOINT MOTION PURSUANT TO F. R. C. P. 29 REQUESTING LEAVE OF COURT TO DEPOSE PLAINTIFF'S MEDICAL EXPERT

The plaintiff, Robert Sawyer, has brought suit against Springfield Terminal Railway Company (STR) alleging that he was injured in the course of his employment with STR while attempting to exit a locomotive on or about October 23, 2003. The plaintiff further alleges that he was injured because the door of the locomotive he was exiting "malfunctioned, was defective and was improperly and/or poorly maintained." The defendant, STR, denies all such allegations.

On May 16, 2005, a Notice of Deposition of Dr. Adey was sent to Plaintiff's counsel based upon discussions between counsel that Dr. Adey may be identified as a trial expert. The deposition did not go forward as scheduled.

On or about May 19, 2005, Plaintiff's counsel learned that Dr. Adey had assumed care and treatment of the Plaintiff and immediately notified defense counsel and formally identified Lauren P. Adey, M. D. as a medical expert expected to testify at trial concerning care and treatment received by the Plaintiff following the amputation of a piece of tissue from the tip of his right ring finger.

On June 2, 2005, a medical release authorization was sent by defendant to Dr. Adey's office requesting a complete, certified copy of Mr. Sawyer's medical records.

On June 6, 2005, Plaintiff supplemented his expert disclosure.

On June 29, 2005, Dr. Adey's office advised that the person responsible for responding to requests for medical records had recently left their employ and that they were behind in responding to requests. A copy of a signed authorization was sent the same day to Dr. Adey's office by fax at their request and we are awaiting receipt of the documents.

Inasmuch as Dr. Adey is expected to testify at trial, Defendants respectfully request leave of Court to depose the doctor at her reasonable convenience and the reasonable convenience of Plaintiff's counsel on or before August 30, 2005. The parties have been working cooperatively in order to complete discovery but have been unable to do so within the time frame set by the Court.

WHEREFORE, the Parties jointly request that the Court allow this motion.

Respectfully submitted:

| | |
|---|---|
| The plaintiff, | The defendant, |
| Robert Sawyer, | Springfield Terminal Railway Company, |
| By his attorney, | By its attorney |
| *[signature]* | *[signature]* |
| Paul J. Riley, Esq. | John J. O'Brien, Jr., Esq. |
| Barish Law Offices, P. C. | BBO# 375885 |
| Three Parkway, Suite 1320 | O'Brien & von Rosenvinge, P.C. |
| 1601 Cherry Street | 27 Mica Lane, Suite 202 |
| Philadelphia, PA 19102 | Wellesley, MA 02481 |
| 800-923-8900 | (781) 239-9988 |

DATED: 6/29/05