UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SAWYER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11945-JLT |
| | * | |
| SPRINGFIELD TERMINAL RAILWAY COMPANY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

July 5, 2005

TAURO, J.

After the Further Conference held on July 5, 2005, this court hereby orders that:

1. Joint Motion Pursuant to F.R.C.P. 29 Requesting Leave of Court to Depose Plaintiff's Medical Expert [#20] is ALLOWED, and the deposition shall be taken by August 5, 2005;

2. Defendant may file a Motion for Summary Judgment by August 5, 2005;

3. Plaintiff may respond within thirty (30) days after Defendant files the motion; and

4. A Hearing and Conference is scheduled for September 22, 2005 at 12:00 p.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge