## EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT SAWYER,** )<br>  **Plaintiff,** )<br> )<br> **v.** )<br> )<br> **SPRINGFIELD TERMINAL RAILWAY** )<br> **COMPANY and** )<br> **BOSTON & MAINE CORPORATION,** )<br>  **Defendant.** )<br>_____) | **C.A. No. 04-11945-JLT** |

## AFFIDAVIT OF WARREN BOSTWICK

My name is Warren Bostwick, and I hereby swear and affirm that I have knowledge of the following facts:

1. I am presently employed by Springfield Terminal Railway Company ("STR") as General Manager in the Transportation Department.

2. As General Manager, I am knowledgeable concerning certain records maintained by STR as they relate to hearings conducted by the Transportation Department of STR concerning its employees.

3. On November 19, 2003, the Plaintiff, Robert J. Sawyer, provided testimony concerning the subject incident at the hearing referenced in paragraph 5 below. During that hearing, the Plaintiff was asked how he sustained his injury.

4. In response to this inquiry, the Plaintiff stated at pages 32 and 33 of the transcript that all he could remember was the door closing on his hand and that he did not know what caused the door to close or whether he was in the process of closing the door when his injury occurred.

5. Attached hereto as Exhibit 1 is the hearing transcript of STR's Transportation Department Hearing held on Wednesday, November 19, 2003 relating to the Plaintiff, Robert J. Sawyer. This document was made to memorialize and record

the event. The Transcript was made in good faith and in the regular course of STR's business. The hearing, held on November 19, 2003, involved an incident that occurred on October 23, 2003. The Hearing was recorded and the transcript was prepared soon thereafter. The Hearing was held prior to receipt of the Plaintiff's complaint dated September 4, 2004.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS **3** DAY OF AUGUST, 2005.

Warren Bostwick
General Manager, Transportation Dept.
Springfield Terminal Railway Company

2

## EXHIBIT 1

# TRANSPORTATION DEPARTMENT

# HEARING TRANSCRIPT

# PRINCIPAL: R. J. Sawyer

CHARGE: Failure to properly perform your duties, while employed as
Conductor on assignment BO-1, on 10-23-03, at Boston, at
approximately 1320 hours, when you injured your right hand
while getting off engine number MEC 515.

DATE: Wednesday, November 19, 2003
Held in North Billerica, MA.

PAGES: 36

EXHIBITS: "A"-Accident/Incident Report.
Photo's - Exhibits 1 through 9

PRESENT: B. S. Nelson        - Hearing Officer
C. A. Gorreck       - Charging Officer
R. J. Sawyer        - Principal
M. G. Maloof        - Representing Mr. Sawyer
R. A. Chartrand     - Assisting Mr. Maloof
R. J. DeGroot       - Company Witness

CARRIER'S EXHIBIT  A  - page  1

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 2**

### Tape 1 Side A

Hearing Officer: It is now 09:04 hours on November 19, 2003. This is a hearing of R. J. Sawyer, occupation Conductor, being conducted by Bruce S. Nelson, Director of Stations for Guilford Rail. This hearing is being held in North Billerica, Massachusetts. At this time I'd like each person present at the hearing identify themselves and state reason for being here.

Mr. Gorreck: My name is Christopher Gorreck, I'm the Road Foreman of Engines.

Hearing Officer: You're the Charging Officer, Mr. Gorreck?

Mr. Gorreck: Yes I am.

Mr. DeGroot: Bob DeGroot, the Executive Director of Safety and Training, I'm a Witness.

Mr. Chartrand: Dick Chartrand, assisting Mr. Maloof.

Hearing Officer: And what Organization are you with, Mr. Chartrand?

Mr. Chartrand: United Transportation Union.

Hearing Officer: Okay, Mr. Sawyer.

Mr. Sawyer: Robert Sawyer, Conductor.

Mr. M. Maloof: My name is Michael Maloof, I'm the General Chairman of the United Transportation Union and I'm here to represent Mr. Sawyer.

Hearing Officer: This hearing is being conducted in connection with the following Notice of Hearing, which I'll read into the record.

The original letter is dated October 31, 2003, titled Notice of Hearing.
To: R. J. Sawyer (lots of noise in background) (off record)

Hearing Officer: We are back on record.

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 3**

Hearing Officer:    The Notice of Hearing is addressed to: R. J. Sawyer

This is a Notice for you to attend a Hearing.

You may, if you desire, arrange to be accompanied by a
representative as provided in the applicable schedule agreement,
without expense to the Company.

You may produce witnesses on your own behalf, without expense
to the Company, and you or your representative may cross-
examine the witnesses.  You are expected to be present
throughout the entire proceeding.

Employee's Name: R. J. Sawyer
Occupation: Conductor
Address: 18 Curwen Road, Peabody, MA 01960-1230
Place Hearing to be Held: Administrative Bldg. Iron Horse Park,
North Billerica, MA.
Time: 1030 hours
Day and Date: Friday, November 7, 2003

This Notice is issued to develop the facts and place your
responsibility, if any, in connection with the charge outlined below:

Failure to properly perform your duties, while employed as
Conductor on assignment BO-1 on 10/23/03, at Boston, at
approximately 1320 hours, when you injured your right hand while
getting off engine number MEC 515.

Signed: C. A. Gorreck, Road Foreman
With a carbon copy to MG Maloof-UTU Gen Chmn.

Hearing Officer:    And there is a subsequent letter dated November 3, 2003
addressed to:
Mr. R. J. Sawyer
18 Curwen Road
Peabody, MA 01960-1230

Dear Mr. Sawyer:

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 4

| | |
|---|---|
| Hearing Officer: | This hearing originally scheduled to be held on Friday, November 7, 2003 at 1030 hours in North Billerica, MA., in connection with the following: |
| | Failure to properly perform your duties, while employed as Conductor on assignment BO-1 on 10/23/03, at Boston, at approximately 1320 hours, when you injured your right hand while getting off engine number MEC 515. |
| | has been postponed and rescheduled at the request of Mr. R. A. Chartrand, UTU Local Chairman, for Wednesday, November 19, 2003 at 0900 hours in North Billerica, MA. |
| | Please be advised that Mr. R. J. DeGroot, Director of Safety, will be present as a Witness. |
| | All particulars pertaining to the original notice, except as stated above, remain in effect. |
| | Signed: C. A. Gorreck, Road Foreman<br>With a carbon copy to RA Chartrand-UTU Local Chmn.<br>Witness: R. J. DeGroot-Dir of Safety. |
| Hearing Officer: | Mr. Sawyer, did you receive proper notice to report to this office today for the hearing in connection with the Notice of Hearing that I just read into the record? |
| Mr. Sawyer: | Yes I received those documents. |
| Hearing Officer: | Were you also notified that you could be accompanied by representation of your choosing, subject to the terms of the applicable agreement, without expense to the Company? |
| Mr. Sawyer: | Yes that was in the Notice. |
| Hearing Officer: | Are you accompanied by such individual? |
| Mr. Sawyer: | Yes I am. |
| Hearing Officer: | And if so, please identify him? |

**TRANSPORTATION DEPARTMENT
HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

Page 5

| | |
|---|---|
| Mr. Sawyer: | Michael Maloof, General Chairman, UTU and Richard Chartrand, Local Chairman, UTU. |
| Hearing Officer: | Do you understand that you will be expected to be present during the entire hearing and that you and your representative may question any witness who may testify? |
| Mr. Sawyer: | Yes. |
| Hearing Officer: | Do you understand that you may present or have presented in your behalf any pertinent evidence? |
| Mr. Sawyer: | Yes. |
| Hearing Officer: | Are you willing to proceed? |
| Mr. Sawyer: | Yes. |
| Hearing Officer: | For the record would you state your full name? |
| Mr. Sawyer: | Robert James Sawyer. |
| Hearing Officer: | Your age? |
| Mr. Sawyer: | Fifty-eight (58) years old. |
| Hearing Officer: | And home address? |
| Mr. Sawyer: | 18 Curwen Road, Peabody, Mass. |
| Hearing Officer: | Length of service? |
| Mr. Sawyer: | Thirty-two years, I believe that comes out to. |
| Hearing Officer: | And occupation on the date of occurrence? |
| Mr. Sawyer: | Conductor. |
| Hearing Officer: | Okay at this time I'll excuse Mr. DeGroot and when we need you to testify we'll recall you. |
| Mr. DeGroot: | Okay. |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 6**

| | |
|---|---|
| Hearing Officer: | At this time I'll direct my questions to Mr. Gorreck. Mr. Gorreck, would you identify yourself as your position with the Company? |
| Mr. Gorreck: | Road Foreman. |
| Hearing Officer: | And how long have you been a Road Foreman? |
| Mr. Gorreck: | Three and a half years. |
| Hearing Officer: | And prior to being a Road Foreman what railroad experience do you have? |
| Mr. Gorreck: | I was an engineer here prior to this and I've been an engineer on Amtrak and I've worked for CSX also. |
| Hearing Officer: | And as Road Foreman what are your duties? |
| Mr. Gorreck: | To supervise engineers in the field. Do recertification for engineers every three years. To make sure that train handling procedures in the field are being proper adhered to. |
| Hearing Officer: | As Road Foreman are you familiar with duties of conductors? |
| Mr. Gorreck: | Somewhat yes. |
| Hearing Officer: | You show as Charging Officer for this hearing that we are conducting today for Mr. Sawyer. What involvement did you have in the investigation of this incident? |
| Mr. Gorreck: | Well first off, the day that this happened I was told by the Chief to go to Mass General in Boston because Mr. Sawyer had been hurt. |
| Hearing Officer: | And what time was that approximately? |
| Mr. Gorreck: | They called me I think around 1 or 1:30 in the afternoon. |
| Hearing Officer: | On the date of the occurrence? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | And than what transpired after that? |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 7**

Mr. Gorreck:        After that I drove to Boston to Mass General.

Hearing Officer:    And what happened after you drove to Boston to Mass General?

Mr. Gorreck:        When I got there Mr. DeGroot was there, he had gotten there probably about 40 minutes prior to me getting there. And he told me that Mr. Sawyer was being looked after by somebody at the hospital, probably a doctor. And we were told to wait.

Hearing Officer:    So who told you to wait?

Mr. Gorreck:        The hospital personnel, they told us that.

Hearing Officer:    At this point in time did you know what type of injury Mr. Sawyer had experienced?

Mr. Gorreck:        He had hurt his hand, that's what I was told.

Hearing Officer:    And at any point in time did you have occasion to talk with Mr. Sawyer?

Mr. Gorreck:        No.

Hearing Officer:    Did you ever have an opportunity to talk with Mr. Sawyer?

Mr. Gorreck:        Not really no.

Hearing Officer:    What was the purpose for you to be at the hospital?

Mr. Gorreck:        Well there was an injury so I guess they wanted another Carrier Official down there.

Hearing Officer:    Is this customary for a Carrier Official to be present if an employee is being treated for an injury?

Mr. Gorreck:        I would imagine so, yes.

Hearing Officer:    After the -- so what transpired after the hospital incident?  I mean so you didn't get a chance to talk with Mr. Sawyer?

**TRANSPORTATION DEPARTMENT
HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

**Page 8**

| | |
|---|---|
| Mr. Gorreck: | We didn't get a chance to talk with him per say. He was, I guess after the doctors were finished and he was done with the surgery he was leaving the building and told us very briefly that he didn't remember how it happened. |
| Hearing Officer: | Okay. Did you personally ask him any questions? |
| Mr. Gorreck: | No I didn't, no. |
| Hearing Officer: | So after he left the hospital what, after that point in time what did you do as far as investigating this incident? |
| Mr. Gorreck: | Well the next day I was told to go to Boston and I talked to Gary Willis who was the engineer. And I asked him if he had seen anything and he said no he didn't really, he didn't have any information that would have really helped us at all. And that was the time also when we did the pictures. |
| Hearing Officer: | Now in your investigation were you able to find out what type of injury Mr. Sawyer experienced? |
| Mr. Gorreck: | Well when I talked to Gary--- |
| Hearing Officer: | Whose Gary? |
| Mr. Gorreck: | The engineer Gary Willis. He told me that Bob was going out in the nose of the engine through the two doors to the front platform and Gary the first instance that Gary knew something was wrong was Bob held up his hand and Gary could see that over the nose of the engine sitting in the engineers seat, that was his first indication that something had happened, something was wrong. |
| Hearing Officer: | When did you find out or how did you find out what type of injury he had and how it may have happened? |
| Mr. Gorreck: | Well when they called me to go down to Mass General the Chief told me that Bob had hurt his hand, that's what I was told. |
| Hearing Officer: | In your investigation were you able to determine how it apparently happened? |

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

| | |
|---|---|
| Mr. Gorreck: | Apparently he was – it happened when he was going out to the front platform of the engine. |
| Hearing Officer: | And did you at some point in time find out what was the exact nature of his injury? |
| Mr. Gorreck: | We found out at the hospital. |
| Hearing Officer: | And what was that? |
| Mr. Gorreck: | That he had hurt – that he had lost like the tip of his index finger on his right hand, his ring finger, I'm sorry. |
| Hearing Officer: | Okay. And was in your investigation were you able to determine how this may have happened? |
| Mr. Gorreck: | I didn't have a lot of information from Gary Willis. But it seemed apparent that Bob probably hurt his hand when he was closing the door in the front of the engine. |
| Hearing Officer: | Was there an Incident Report made out by Mr. Sawyer for this incident? |
| Mr. Gorreck: | Yes there was, I have a copy of it. |
| Hearing Officer: | Mr. Sawyer, is this the report that was filled out by you for this incident? |
| Mr. Sawyer: | Yes it is. |
| Hearing Officer: | What I'd like to do is enter this into the record as **EXHIBIT A**. Do you have a copy of this Mr. Maloof? |
| Mr. M. Maloof: | Yes we do. |
| Hearing Officer: | I've labeled the Accident/Incident Report as EXHIBIT A and the written in portions are as follows: |
| | Date of Accident: 10/23/2003<br>Time: 1330 hours<br>Weather: PC, CL I guess partly cloudy, cloudy.<br>Temperature: 56 degrees |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 10**

| | |
|---|---|
| Hearing Officer: | Nearest Mile post: 1 |
| | Place: Boston |
| | Track Name or Number: 3rd Iron Extension |
| | Nearest Station: Boston |
| | Train/Switcher No: BO-1 |
| | Engine: MEC 515 |
| | No of cars in train at time of incident: Loaded 0, Empty 0, Caboose 0. |
| | Type of Track: Yard |
| | Speed at time of incident: 0 |
| | Visibility: Day |
| | Kind of train: Yard |
| | Timetable Direction: West/East |
| | Method of Operation: Yard Rules |
| | Was equipment unattended: No |
| | No of cars carrying hazardous material: None |
| | No hazardous materials cars damaged or derailed: None |

Train Crew:
Engineer G Willis
Conductor R Sawyer

Hours/Minutes on Duty:
Engineer 5 hrs 30 mins
Conductor 5 hrs 30 mins

Personal Injuries:
Name of Injured: Robert J. Sawyer
Age: 58
Occupation: Conductor
Residence: Peabody
Nature and Extent of Injury/Illness: Right ring finger partial amputation.

Name and address of Physician: Andrew Meltzer MD, Mass General Hospital.
Name and address of hospital: Mass General Hospital, Boston, Mass, 15 Parkman Street.

If employee, did he remain at work: No
Will he lost time: yes
Social Security Number: filled in

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

Page 11

| | |
|---|---|
| Hearing Officer: | If employee: Regular man |
| | If regular man show assigned rest days: BO-1 Sunday |

Section 3 – Circumstances
E-N I presume is an abbreviation for Engine door of locomotive swung back catching my right hand amputating part of my right ring finger.

Signature: R. J. Sawyer
Occupation: Conductor
Place, date and time this report completed: At home 11-2003. the date is left out or left blank.

| | |
|---|---|
| Hearing Officer: | When you went down on the Friday to talk with Engineer Willis, was the same locomotive the MEC 515 present? |
| Mr. Gorreck: | Yes it was still there. |
| Hearing Officer: | And were you able to determine that when this incident happened was the locomotive moving? |
| Mr. Gorreck: | Yes, Gary told me that the engine was stopped. |
| Hearing Officer: | So it was not moving? |
| Mr. Gorreck: | It was not moving. |
| Hearing Officer: | And where the engine was when this incident happened what is the condition of the track in that area? |
| Mr. Gorreck: | The track was level, right next to a crossing. |
| Hearing Officer: | So the cross elevation of the track was level? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | In other words the engine would not be leaning to one side or the other? |
| Mr. Gorreck: | No. |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 12

| | |
|---|---|
| Hearing Officer: | You made mention of photographs, making photographs of the locomotive? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | Is that the series of photographs that we've got here in the file? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | For the record could you go through these photographs and they are already labeled and Photo Exhibits. Could you go through one at a time and briefly describe what the photo depicts? |
| Mr. Gorreck: | Okay. The first photo is a picture of me in the cab, I'm already down at the bottom of the stairs, okay and there is an inside door. And that first picture is me with my left hand up against the bulkhead and my right hand is down on the handle. You can't see it but that's what that first picture is. And that's the inside door. |
| Hearing Officer: | Okay. |
| Mr. Gorreck: | The next photo, number 2, is I'm actually in the nose of the engine and my left hand is on the outside door on the nose of the engine and off to the right you can see the inside door that's swung all the way open, to the right there. |
| Hearing Officer: | And the outside door that your left hand is on the handle, is that partially open? |
| Mr. Gorreck: | It's just cracked open, yeah, we're just starting to open it. |
| Hearing Officer: | All right. |
| Mr. Gorreck: | And the 3rd picture is just a close-up taken from the front of the engine from the ground looking up. And what this is essentially is, I'm still using my left hand, the door's been swung open. |
| Hearing Officer: | And this outside door when it swings open does it swing out or swing in? |
| Mr. Gorreck: | It swings out and to your left. |

| | |
|---|---|
| Hearing Officer: | And on this photo Exhibit 3, what is that object that is on the right hand side, the vertical on the right hand side of the photo? |
| Mr. Gorreck: | That's part of the handrails the front stanchion. |
| Hearing Officer: | And what is the approximate distance between that handrail and the stanchion and the door when it's in that open position? |
| Mr. Gorreck: | There's about four, five or six inches of clearance so the door can swing open. |
| Hearing Officer: | And when the door is open, when a person opens the door what do they step out onto? |
| Mr. Gorreck: | You're on the front platform of the engine. |
| Hearing Officer: | And the next photo, Exhibit 4, what is that? |
| Mr. Gorreck: | The next photo is when I'm stepping out of the nose of the engine onto the platform. |
| Hearing Officer: | And then photo Exhibit 5? |
| Mr. Gorreck: | Number 5 is you're coming out of the nose of the engine, the door is swung out enough to where you can exit safely. |
| Hearing Officer: | Okay Exhibit 6? |
| Mr. Gorreck: | Number 6, we're in the process of closing the door here and my left hand is on the door handle and my right hand is on the grab iron holding on. |
| Hearing Officer: | This door handle, this is the handle that's on the inside of the so-called inside of the door? |
| Mr. Gorreck: | Inside of the nose door, yes. |
| Hearing Officer: | And photo Exhibit 7? |
| Mr. Gorreck: | Number 7, here I've changed my position, my left hand is on a front grab iron on the nose so I can have something to hold onto and I'm using my right hand to close the door the rest of the way. |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

Page 14

Hearing Officer:    And Exhibit 8?

Mr. Gorreck:    Exhibit 8 was just a close-up of my hand on the outside door latch from picture number 7.

Hearing Officer:    And 9?

Mr. Gorreck:    And 9 is closing the door fully and using the handle.

Hearing Officer:    Were you able to determine in your investigation was this the doorway that Mr. Sawyer was going through when he was, well what was he doing when he apparently injured himself?

Mr. Gorreck:    Well—

Hearing Officer:    Or sustained an injury?

Mr. Gorreck:    When we talked to Gary Willis, the engineer, Bob had already was going out to the front of the engine. They were done for the day so essentially what he was doing was he was putting his gripe on the platform, his bag. And he had already gone through the first inside door.

Hearing Officer:    For the train crew employees to use this doorway to go in and out of the cab of the locomotives, is this the normal way to go in and out of the cab?

Mr. Gorreck:    Yes it is.

Hearing Officer:    Are there other ways to go in and out of the cab?

Mr. Gorreck:    Yes there are other ways. On these engines the 500's, there's a door behind the engineer and there's a door behind the fireman/conductor's side.

Hearing Officer:    But for any employee or Mr. Sawyer in particular to use this door on that particular situation was that proper?

Mr. Gorreck:    Yes.

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 15**

| | |
|---|---|
| Hearing Officer: | What, if any, Safety Rules apply to employees using the doors of locomotives? |
| Mr. Gorreck: | Well in the Safety Book there is a Rule 79 and it talks about using care when opening and closing locomotive doors. |
| Hearing Officer: | When you Safety Book, what document are we talking about? |
| Mr. Gorreck: | The new updated Safety Book. |
| Hearing Officer: | What Safety Book? How do we identify this Safety Book? I mean is this a Safety Book for the Airlines or? |
| Mr. Gorreck: | No it's the Safety Book for Transportation. It's for all the crafts. |
| Hearing Officer: | For Guilford employees? |
| Mr. Gorreck: | It's for Guilford employees, yes. |
| Hearing Officer: | And are conductors required to comply with the Company's Safety Rules? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | Do you have excerpts? |
| Mr. Gorreck: | We have the excerpts that pertain to the closing of doors on locomotives and cabs. |
| Hearing Officer: | And that Rule 79, could you read that into the record? |
| Mr. Gorreck: | Okay Rule 79 says: Care must be exercised in opening and closing locomotive, and car doors to avoid injury to fingers being caught against door facings and latches. Handles provided for that purpose must be used. Do not place fingers or hands on edge of door or door jamb for any reason! That's number 79. |
| Hearing Officer: | Are there any other Safety Rules that apply to the operation or doors or just apply to doors on locomotives? |

**TRANSPORTATION DEPARTMENT
HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

| | |
|---|---|
| Mr. Gorreck: | Well there's another Rule Number 99, it says: The nose door on leading end of diesel locomotive so equipped, must be closed and bolted to secure door in closed position while locomotive is in motion. Floors and steps in nose of diesel units must be kept free of chains, cables or other materials to avoid the possibility of stumbling or falling over such material. So this Rule 99 pretty much pertains to the locomotive when it's in motion. |
| Hearing Officer: | When a locomotive is not in motion, after using a door is it proper to close a door? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | As opposed to leaving the door open? |
| Mr. Gorreck: | Yes, you would want to close the doors. |
| Hearing Officer: | This door in particular that we've been talking about, on Engine 515, how would you describe this door, is this a heavy door? |
| Mr. Gorreck: | Yes it's a big heavy door, yes. |
| Hearing Officer: | And is that design on purpose? |
| Mr. Gorreck: | Yeah, I would imagine it is designed that way. |
| Hearing Officer: | And how is the door moved? Will it move on its own? |
| Mr. Gorreck: | It would be very difficult to have it move on its own due to there's -- |
| Hearing Officer: | There's no automatic closing mechanism? |
| Mr. Gorreck: | No there is not, it's manually. |
| Hearing Officer: | So for the door to move it requires some external force, it's not built into the locomotive? |
| Mr. Gorreck: | It would require some force to close it, move it. |
| Hearing Officer: | Were you able to make a determination on exactly how Mr. Sawyer experienced the injury that he did? |

**TRANSPORTATION DEPARTMENT
HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 17

| | |
|---|---|
| Mr. Gorreck: | Well I don't know for sure. |
| Hearing Officer: | Well that's fine you didn't know whether or not you knew for sure. I mean do you know if there were any witnesses that actually saw what happened other than possibly Mr. Sawyer? |
| Mr. Gorreck: | No there are no other witnesses, no. |
| Hearing Officer: | Okay I don't have any further questions at this time. Mr. Maloof, do you have questions? |
| Mr. M. Maloof: | Yeah I do. Mr. Gorreck, now according to this Notice of Investigation that you signed here you state that Mr. Sawyer failed to properly perform his duties while employed as Conductor on assignment BO-1, on 10/23/2003 at Boston at approximately 1320 hours, when he injured his right hand while getting off the engine MEC 515. |
| | Now what did he do? What is the violation he failed to properly perform your duty, what was that? |
| Mr. Gorreck: | Well according to the investigation we did it seemed apparent that Rule 79 had been violated although we didn't have any witnesses. |
| Mr. M. Maloof: | All right let me see if I got this straight. Did Mr. Sawyer tell you how his hand got injured? |
| Mr. Gorreck: | No. |
| Mr. M. Maloof: | And you did an investigation if I can characterize it (tape beeped to be flipped over) you went down and looked at the locomotive and manipulated the door on the locomotive, is that correct? |
| Mr. Gorreck: | Manipulated? You mean opened and closed it? |
| Mr. M. Maloof: | Yeah. |
| Mr. Gorreck: | Yeah, okay. |
| Mr. M. Maloof: | Now aside from that the Hearing Officer asked you about the track level, the cross elevation of the track, how did you check that? |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

Page 18

| | |
|---|---|
| Mr. Gorreck: | Well it's pretty obvious to see a locomotive just sitting there on level track. |
| Mr. M. Maloof: | Well all right let's clarify, okay. |
| Mr. Gorreck: | Okay. |
| Mr. M. Maloof: | You did this by observation, eyeball? |
| Mr. Gorreck: | Yeah. |
| Mr. M. Maloof: | You didn't use any measuring device, am I correct? |
| Mr. Gorreck: | No we didn't. |
| Mr. M. Maloof: | Okay. Now as to the pitch of the locomotive, whether the track or the locomotive was nose-up, (tape beeped to be flipped over) nose-down, what did you do with respect to that measurement? |
| Mr. Gorreck: | That track there is fairly level. There is a slight pitch up towards the crossing but it's not – |
| Mr. M. Maloof: | That's not what I asked you. How did you do the measurement? |
| Mr. Gorreck: | We didn't measure. |
| Mr. M. Maloof: | Oh okay, all right. Now when you observed the locomotive itself which I believe is the 515, the trucks of the locomotive did you examine the trucks? |
| Mr. Gorreck: | No. |
| Mr. M. Maloof: | You did not examine the trucks. So you notwithstanding cross elevation or pitch of the rail because you didn't examine the tracks, you don't know whether or not the body and that is a wide body locomotive is on the riding on the trucks level and straight, do you? (tape beeped to be flipped) |
| Mr. Gorreck: | I understand what you're saying. No there was nothing wrong with that locomotive because the Mechanical Department went down— |
| Mr. M. Maloof: | Well, just a moment, wait. Did you measure it? |

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

**Page 19**

| | |
|---|---|
| Mr. Gorreck: | No. |
| Mr. M. Maloof: | Okay that's all I have to know, all right.  Now – |
| Hearing Officer: | I'm going to flip the tape now. |
| Mr. M. Maloof: | Go ahead. (off record to flip tape over) |

**Tape 1 flip over to Side B**

| | |
|---|---|
| Hearing Officer: | We are back on record at 0935 hours after a tape change.  Mr. Maloof, you can continue your questions. |
| Mr. M. Maloof: | Now I know you said you did not observe the trucks of the locomotive, did you by chance observe the wheels themselves? |
| Mr. Gorreck: | No, no we did not. |
| Mr. M. Maloof: | So you don't know whether or not any particular wheel in the set of trucks was a little bit lower than another wheel sitting in a joint or anything like that on the rail? |
| Mr. Gorreck: | Yeah, we didn't know. |
| Mr. M. Maloof: | Okay.  Now I believe you stated in your direct testimony that the door itself where the injury occurred does not have a closer, an automatic closer? |
| Mr. Gorreck: | No it doesn't. |
| Mr. M. Maloof: | Do you know if the door is safety valve so that the door won't slam shut on you?  Does it have a safety valve to prevent it from just slamming shut? |
| Mr. Gorreck: | No it doesn't. |
| Mr. M. Maloof: | Okay and am I correct when I state that that door is located in the front of the engine on the nose of the locomotive? |
| Mr. Gorreck: | Yes. |

## TRANSPORTATION DEPARTMENT
### HEARING TRANSCRIPT

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 20

Mr. M. Maloof:    And it opens outwards to the wind if it was in motion?

Mr. Gorreck:    That's possible yes.

Mr. M. Maloof:    Okay and it's designed that way. Why is it designed that way, do you know?

Mr. Gorreck:    I don't know why they are designed to open out.

Mr. M. Maloof:    Could it be to keep it closed when it's in motion, the pressure of it?

Mr. Gorreck:    More than likely yes.

Mr. M. Maloof:    Now exactly or where you able to determine how much force is required to give motion to that door when the locomotive is stopped?

Mr. Gorreck:    Just normal average, you don't have to overstrain yourself to close one of them doors.

Mr. M. Maloof:    Well would it move if you put your finger up against it and pushed it?

Mr. Gorreck:    Maybe a little bit but —

Mr. M. Maloof:    How about two fingers if you pushed it?

Mr. Gorreck:    Two fingers? You'd need a little bit of force to close one of them doors or push it.

Mr. M. Maloof:    Okay let me ask you this. If the locomotive was still and the door was open, could the force of the wind make the door close?

Mr. Gorreck:    It's possible but it would have to be a very strong wind.

Mr. M. Maloof:    Okay now did you make any measurement as to the force required to actually move that door when you were there that day?

Mr. Gorreck:    No.

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

| | |
|---|---|
| Mr. M. Maloof: | Now I'm going to go back to my original question. Based on all of the testimony that you've given here could you explain to us why you would send a notice that said that Mr. Sawyer failed to properly perform his duties? Is it your contention that the mere fact that his finger was injured on the door is the result of him failing to follow a rule? |
| Mr. Gorreck: | Yes. |
| Mr. M. Maloof: | It is? |
| Mr. Gorreck: | Well through our investigation we felt that if his finger hadn't been in the way this would not have happened. |
| Mr. M. Maloof: | Well if he didn't have -- I suppose if he didn't have any fingers it wouldn't of happened or if he didn't show up for work that day it wouldn't of happened. |
| Mr. Gorreck: | Sure. |
| Mr. M. Maloof: | But what I'm saying to you is do you have any substance to evidence that Mr. Sawyer indeed violated one of the provisions you cited the Safety Rule, what are the provisions of the Rule? |
| Mr. Gorreck: | The only evidence we really have is that his finger had an injury to it. |
| Mr. M. Maloof: | Okay that's fine. And with respect to this Accident/Incident Report, which I think they've labeled as Exhibit A, you don't have any problem with either the information contained there on or the timeliness of its being reported? |
| Mr. Gorreck: | I don't have any problems with it no. |
| Mr. M. Maloof: | Okay. I have no further questions at this time Mr. Hearing Officer. |
| Hearing Officer: | Okay I have some follow-up questions. Mr. Gorreck, when these photographs were taken of you operating the door of the locomotive, was the locomotive in the same location as it was when the incident occurred with Mr. Sawyer? |
| Mr. Gorreck: | Yes it was. |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

| | |
|---|---|
| Hearing Officer: | And were you in a position where you could visually observe the locomotive and make a judgment as to the pitch of the locomotive was the front higher or lower than the rear of the locomotive? |
| Mr. Gorreck: | The front of the engine is a little bit higher. Like I said earlier, there's a little bit of an upward pitch there, not enough to. |
| Hearing Officer: | And your observation of the, whether it was tilted to one side or the other was? |
| Mr. Gorreck: | The locomotive was not tilted to one side or the other no. |
| Hearing Officer: | In the operation of the door if you let go of the door would the door swing either open or close? |
| Mr. Gorreck: | No. |
| Hearing Officer: | On this particular door in order to close it is there a latching mechanism that has to engage in order to have the door close, properly closed? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | And the Safety Rule says that the door will be closed using the handles. Is it necessary to turn that handle or move it in anyway in order for it to latch? |
| Mr. Gorreck: | On this engine yes. |
| Hearing Officer: | Would it latch if you didn't turn the handle, if you just closed it, would it latch? |
| Mr. Gorreck: | It would not. |
| Hearing Officer: | So your experience on this particular locomotive is that you had to turn the handle in order for it to latch? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | In a closed position? |

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 23**

| | |
|---|---|
| Mr. Gorreck: | Yes. |
| Hearing Officer: | Was there a mechanical inspection performed on this locomotive? |
| Mr. Gorreck: | Yes there was. |
| Hearing Officer: | And what information – and whom did the mechanical- did you do it or did somebody else do it? |
| Mr. Gorreck: | No I didn't.  The Lawrence engine maintainer, Paul D'Hondt went down there to look at the locomotive. |
| Hearing Officer: | And the results of this investigation were you made aware of the results of the investigation? |
| Mr. Gorreck: | Yes. |
| Hearing Officer: | Or the inspection, excuse me? |
| Mr. Gorreck: | Yes, I have the Memorandum here along with the engine inspection reports. |
| Hearing Officer: | And what is the sum and substance of the inspection report, what does it tell you? |
| Mr. Gorreck: | Well according to the inspection by Mr. D'Hondt--- |
| Mr. M. Maloof: | Mr. Hearing Officer, I'm going to object to the reading into the record that report, it's unsubstantiated by the person who took the report. |
| Hearing Officer: | I agree with you. Right. And so in your investigation what information did you determine? In other words, were you able to determine – first you stated that the locomotive was inspected. What is the sum and substance of that? Don't read it from any report because we don't have the author of that report here. So what is your understanding of the results of that inspection? Was there anything wrong with the locomotive? |
| Mr. Gorreck: | Mechanically there was nothing wrong with that front door. |
| Hearing Officer: | Was there anything wrong with anything? |

Case 1:04-cv-11945-JLT    Document 22-4    Filed 08/08/2005    Page 28 of 40

Mr. Gorreck:          No there wasn't.

Hearing Officer:      Was it an inspection of the entire locomotive or just the door?

Mr. Gorreck:          They inspected the door and there were some other things that
                      Gary Willis had written up that were taken care of.

Hearing Officer:      Okay so there were some defects that had to be corrected on the
                      locomotive?

Mr. Gorreck:          Yes, but they didn't pertain to the door.

Hearing Officer:      All right. Let's see we've been talking about when you charged Mr.
                      Sawyer with failure to properly perform his duties you made
                      reference to Safety Rule 79, and we don't know yet, we haven't
                      determined in the hearing, but if his injury to his finger was because
                      it was caught by the door somehow, would that indicate a violation
                      of Rule 79?

Mr. Gorreck:          Yes.

Hearing Officer:      Follow-up questions Mr. Maloof?

Mr. M. Maloof:        Oh yes absolutely, you opened the door where I got to close it now.
                      Let me ask you something. Your testimony indicates that Mr. Willis
                      was still sitting in the engineer's seat. Is it safe to assume after 5
                      hours and 30 minutes that he too would follow Mr. Sawyer off of the
                      locomotive and probably passed through the doorway where Mr.
                      Sawyer experienced his injury?

Mr. Gorreck:          Yes.

Mr. M. Maloof:        Is Mr. Sawyer, if there is going to be two men coming out the door
                      is it required to close it and latch it before the other guy goes
                      through it?

Mr. Gorreck:          Ohm, no.

Mr. M. Maloof:        Okay, I don't have any other further questions at this time.

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 25**

| | |
|---|---|
| Hearing Officer: | We'll go off record momentarily and get Mr. DeGroot in here. (off record) |
| Hearing Officer: | We are back on record at 0947 hours and Mr. DeGroot is present. Mr. DeGroot, would you state your position with the Carrier? |
| Mr. DeGroot: | I'm the Executive Director of Safety and Training. |
| Hearing Officer: | Okay and at the time of this incident what was your position with the Carrier? |
| Mr. DeGroot: | Executive Director of Safety and Training. |
| Hearing Officer: | Okay same title? |
| Mr. DeGroot: | Yes. |
| Hearing Officer: | And how long have you been Executive Director of Safety and Training? |
| Mr. DeGroot: | That's a good question, probably about three months. |
| Hearing Officer: | And prior to that what was your position with the Carrier? |
| Mr. DeGroot: | Director of Safety and Training. |
| Hearing Officer: | And how long have you been Director of Safety and Training? |
| Mr. DeGroot: | Since 1996. |
| Hearing Officer: | And prior to that how much railroad, what railroad experience do you have? |
| Mr. DeGroot: | I've got a total of forty (40) years of railroad experience. |
| Hearing Officer: | And in this hearing we've been talking about the incident with Mr. Sawyer that happened down in Boston on October 23rd at approximately 1320 hours. Were you called upon to participate in any part of the investigation of this incident? |

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 26

| | |
|---|---|
| Mr. DeGroot: | I was called by the Chief Dispatcher, I believe it was Steve Belforti, that there was an incident down in Boston and I believe the time was probably around 1330, 1335, I didn't write that down, but shortly after he got notified I was notified. |
| Hearing Officer: | And what did you do after you got notified? |
| Mr. DeGroot: | I proceeded to Boston down to the Yard. |
| Hearing Officer: | And what did you do down there? |
| Mr. DeGroot: | On the way down I told Mr. Belforti to keep the engineer there so I could interview him and look at the site prior to going into the hospital. |
| Hearing Officer: | So did you do that? |
| Mr. DeGroot: | Yes I did. |
| Hearing Officer: | And who was the engineer? |
| Mr. DeGroot: | Gary Willis. |
| Hearing Officer: | Were you able to talk to him? |
| Mr. DeGroot: | Yes I did. |
| Hearing Officer: | And what was he able to tell you? |
| Mr. DeGroot: | He told me the time it happened. He said about 1320 Mr. Sawyer was getting off the engine to go through a switch across the crossing, they were stopped at the crossing and the next thing he knew that Mr. Sawyer was standing in front of him in the engine with his hands up showing he had blood on his hand, he knew there was an accident or an incident. So he called the Amtrak Dispatcher because they know the location to get an ambulance over there. And then he took me out to the engine and took me up to his seat to show me that he had no view of the incident. And he showed me where the glove was laying that they picked up. And that was about it. |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 27

| | |
|---|---|
| Hearing Officer: | At this point in time how much detail did you have or if any detail of what actually, what type of injury Mr. Sawyer had experienced? |
| Mr. DeGroot: | Mr. Willis said he had a hand injury. He thought he had part of his finger gone because they had to take the glove with them. |
| Hearing Officer: | When you say they, who is they? |
| Mr. DeGroot: | The emergency response team. |
| Hearing Officer: | Was there any other person with you from the Carrier when you were talking with Mr. Willis? |
| Mr. DeGroot: | No. |
| Hearing Officer: | And after you talked with Mr. Willis what did you do? |
| Mr. DeGroot: | I proceeded to the Mass General Hospital. |
| Hearing Officer: | And what was the purpose for going over to Mass General Hospital? |
| Mr. DeGroot: | To see how the employee was doing to see if I could find out exactly what happened. |
| Hearing Officer: | And with your position with the Carrier is this something that you would normally do if there's an employee injury? |
| Mr. DeGroot: | This is standard procedure, I do it at every employee injury. I always go to the hospital and I interview the party that was involved and also speak to the hospital. |
| Hearing Officer: | And in this particular situation with Mr. Sawyer were you able to do that? |
| Mr. DeGroot: | I was let into the emergency room and the nurse was bringing me into his room and asked if he would like to see a visitor and he just indicated no. |
| Hearing Officer: | Was Mr. Sawyer in a position to know who you were? |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 28**

| | |
|---|---|
| Mr. DeGroot: | He could see me, I don't know if he knows me personally, I really don't know Mr. Sawyer personally. |
| Hearing Officer: | Do you know what type of treatment Mr. Sawyer was receiving at the hospital? |
| Mr. DeGroot: | Not at that time. |
| Hearing Officer: | After that situation that attempt to speak with Mr. Sawyer, after that at anytime did you have an opportunity to talk with Mr. Sawyer? |
| Mr. DeGroot: | Only when he was exiting the hospital. |
| Hearing Officer: | And what was that conversation? |
| Mr. DeGroot: | I was standing out in the hall with Chris when Mr. Sawyer was leaving, which was approximately four (4) or five (5) hours after he was in there and he was walking right by and I asked, I says Bob can you answer a question, you know. And he says, he was kind of in a rush, it looked like he was trying to just get out of there. And I said what happened? He says my right hand, the door shut on my right hand and that was it and he walked away. And he stated, you'd know how. |
| Hearing Officer: | Okay. And so at that time were you aware of what type of treatment that Mr. Sawyer had received? |
| Mr. DeGroot: | Yeah, the nurse had said that they were, it was going to be like a two (2) hour procedure with the doctors to try to reattach, to work on his finger. I don't know is she said reattach the end of his finger. I'm not sure, they weren't very informative. |
| Hearing Officer: | Is it reasonable to assume that Mr. Sawyer had experienced a certain amount of trauma because of his injury? |
| Mr. DeGroot: | I would assume so, she said they had given him pain medication. |
| Hearing Officer: | And since the brief conversation at the hospital have you had occasion to talk with Mr. Sawyer about this incident? |
| Mr. DeGroot: | No. |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 29

| | |
|---|---|
| Hearing Officer: | When you were down talking with Engineer Willis where the locomotive was, this was approximately what time again? |
| Mr. DeGroot: | Probably after 1400 hours, say it probably took me 35 to 40 minutes to get to Boston. So I would say a little after 1400 hours, 1415, somewhere around there, I'm not exactly sure what time it was. |
| Hearing Officer: | Did you have occasion to go up on the locomotive? |
| Mr. DeGroot: | Yes I did. |
| Hearing Officer: | Did you have occasion to use this door that's in the so-called nose of the locomotive? |
| Mr. DeGroot: | The door was wide open. I didn't use it I just walked through it. |
| Hearing Officer: | When you say it was wide open, was it completely open as far as it would go or was it just partway opened? |
| Mr. DeGroot: | It was swung open enough that you could walk up the ladder stairs and go right into the engine, the door was far enough back. |
| Hearing Officer: | While you went in and came out of the locomotive did the door move at all by itself? |
| Mr. DeGroot: | No it did not. |
| Hearing Officer: | Do you remember what the weather was like on that day? |
| Mr. DeGroot: | Yeah it was a nice clear day, very pretty, really no – I looked at the wind condition, there was very little wind, if any, at all. It was a very calm day. |
| Hearing Officer: | Why would you be concerned about the wind? |
| Mr. DeGroot: | Because it was a door and we do have windy conditions that I don't know how heavy the door is but you never know what's going to happen. I mean this was, you just don't know what's going to happen. So I always notice what the conditions are. |

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

| | |
|---|---|
| Hearing Officer: | In your participation in the investigation were you able to determine how Mr. Sawyer experienced this injury? |
| Mr. DeGroot: | No. Just from what Mr. Sawyer told me, the door shut on his hand. |
| Hearing Officer: | We've already talked about Safety Rule 79, are you familiar with Safety Rule 79? |
| Mr. DeGroot: | Yes I am. |
| Hearing Officer: | If an employee sustained – finger got caught somewhere around with the door, sustained an injury, would that necessarily be a violation of Rule 79? |
| Mr. DeGroot: | Yes it would be. |
| Hearing Officer: | And how would it be? |
| Mr. DeGroot: | I don't know if anybody's read Rule 79— |
| Hearing Officer: | Yes that's been read into the record. |
| Mr. DeGroot: | It says do not place fingers or hands on edge of door jamb for any reason. So I don't know how you can get your hand caught in the door in you comply with the safety rule. |
| Hearing Officer: | To your recollection does this door have an appliance that to be used to open and close the door such as a handle? |
| Mr. DeGroot: | Yes it did have handles. |
| Hearing Officer: | I don't have any further questions at this time.  Mr. Maloof, do you have questions of Mr. DeGroot? |
| Mr. M. Maloof: | Yeah I got a couple of questions.  Mr. DeGroot, does that door have a keeper to hold it open?  In other words a place that the door could be latched? |
| Mr. DeGroot: | I don't know. |
| Mr. M. Maloof: | Okay.  And do you know or did you examine the handles connected to the latching device of the door itself, the door handle? |

| | |
|---|---|
| Mr. DeGroot: | No I did not. |
| Mr. M. Maloof: | You didn't, okay.  Now when you went down to examine the locomotive you state that the door was open when you went through it? |
| Mr. DeGroot: | Yes that's right. |
| Mr. M. Maloof: | Now the guy that left that door open is that a rule violation? |
| Mr. DeGroot: | Mr. Willis said he left it exactly the way it was. |
| Mr. M. Maloof: | I mean the mere fact that the door is left unlatched does not constitute a violation of the rules if the locomotive is stopped, does it? |
| Mr. DeGroot: | I'm not sure on those rules. |
| Mr. M. Maloof: | Okay.  And did you take any exception at all to what we characterized here or marked as Carrier Exhibit A, which is the Accident/Incident Report, most specifically the timeliness of the report? |
| Mr. DeGroot: | The timeliness? |
| Mr. M. Maloof: | Is it within the rules that the accident was recorded with respect to the time frame? |
| Mr. DeGroot: | It was reported immediately by the engineer. |
| Mr. M. Maloof: | I understand. |
| Mr. DeGroot: | As far as the report? |
| Mr. M. Maloof: | The Accident/Incident Report itself? |
| Hearing Officer: | The written report? |
| Mr. M. Maloof: | Yes. |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

R. J. Sawyer (Personal Injury)
Held on November 19, 2003

Page 32

| | |
|---|---|
| Mr. DeGroot: | I don't know when that was submitted it doesn't have a date on it. I just got the copy of it, I don't know when it was submitted. As soon as the employee is able to fill it out is usually when it's done. |
| Mr. M. Maloof: | Okay. |
| Hearing Officer: | But for clarification on this particular instance do you take exception to the timeliness of submission of the written report? |
| Mr. DeGroot: | No. |
| Mr. M. Maloof: | I have no further questions. |
| Hearing Officer: | At this time we'll excuse Mr. DeGroot and go off record momentarily. (off record) |
| Hearing Officer: | Okay we are back on record at 1000 hours and at this time I'll direct my questions to Mr. Sawyer. |
| Hearing Officer: | Mr. Sawyer, on the written report of your Accident/Incident, when was that submitted to the Carrier? |
| Mr. Sawyer: | It was I think it was the first week of November. |
| Hearing Officer: | So it was sometime after the actual incident? |
| Mr. Sawyer: | Yes. |
| Hearing Officer: | And why was there a delay in submission of the report? |
| Mr. Sawyer: | My right hand was injured, I was unable to write. |
| Hearing Officer: | Okay. And when this incident occurred what type of work was your assignment, your train assignment doing? What were you in the process of doing? |
| Mr. Sawyer: | We were in the process of putting the engine away. |
| Hearing Officer: | And when- so when you sustained your injury to your ring finger on your right hand, was it on the door we've been talking about, the door on the nose of the locomotive? |

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 33**

| | |
|---|---|
| Mr. Sawyer: | Yes. |
| Hearing Officer: | And so when you were going through that door you were going from the inside of the locomotive to the outside of the locomotive? |
| Mr. Sawyer: | ? outside to get out yes. |
| Hearing Officer: | And what was the reason you were going outside? |
| Mr. Sawyer: | I had to go outside to alight the engine to get to the switch to line it for the MS Walker track. |
| Hearing Officer: | Please speak up so we can get a good clear record. |
| Hearing Officer: | And this is a normal duties for a conductor, is that correct? |
| Mr. Sawyer: | Yes. |
| Hearing Officer: | Could you tell us how you sustained your injury? |
| Mr. Sawyer: | The only thing I remember is the door closing on my hand. |
| Hearing Officer: | Do you know how what--- |
| Mr. Sawyer: | All I remember is, what I really remember is feeling pain in my hand pulling it away and seeing the blood pour out of my finger and making a fist. |
| Hearing Officer: | What caused the door to close? |
| Mr. Sawyer: | I don't know. |
| Hearing Officer: | Were you in the process of closing the door yourself? Is that something you would have done? |
| Mr. Sawyer: | I don't know. |
| Hearing Officer: | Was there anyone else in the area that would have closed the door? |
| Mr. Sawyer: | No. |

# TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 34**

| | |
|---|---|
| Hearing Officer: | When you were performing this type of duty, going out of the locomotive to go onto the ground to go throw a switch would you normally close the door on that type of move? |
| Mr. Sawyer: | Yes. |
| Hearing Officer: | What was the nature of your injury?  What is the nature of your injury I should say? |
| Mr. Sawyer: | Partial amputation of my right ring finger. |
| Hearing Officer: | And partial, how much, so do you know how much the end of the finger was, is gone? |
| Mr. Sawyer: | The size of approximately a dime I guess you could say or a little bit smaller than that.  Smaller than that. |
| Hearing Officer: | And what is the prognosis as far as when it heals, what's your finger going to be like?  Are you still going to have a nail? |
| Mr. Sawyer: | He will have a nail yes. |
| Hearing Officer: | And have the doctors indicated what time frame as far a the healing process when things might be back to normal? |
| Mr. Sawyer: | On my last appointment with the hand surgeon he seemed to think that I may be able to return to work on the 15th of December. |
| Hearing Officer: | And so the prognosis at that point in time you'll have full normal use of your right hand? |
| Mr. Sawyer: | I hope so yes. (tape beeped) |
| Hearing Officer: | Let's see, I don't have any further questions.  Mr. Maloof, do you have questions of Mr. Sawyer? |
| Mr. M. Maloof: | We have no further questions for Mr. Sawyer at all. |
| Hearing Officer: | Okay I'm going to pause for a moment and see if I got any more questions. (off record) |

**TRANSPORTATION DEPARTMENT**
**HEARING TRANSCRIPT**

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

Page 35

| | |
|---|---|
| Hearing Officer: | We are back on record at 1006 hours. Mr. Sawyer the injury to your finger on your right hand, this was caused by the closing motion of the door? In other words, something had that door closing and your finger got caught someplace and that's what caused the injury? |
| Mr. Sawyer: | I felt pain with it and I pulled my hand away and the door closed on my hand. I'm thankful that it was only the finger. |
| Hearing Officer: | Okay so the door closed (tape beeped)-- all right so it was the door as opposed to something else on the locomotive? |
| Mr. Sawyer: | Yes. |
| Hearing Officer: | Mr. Maloof, any follow-up questions? |
| Mr. M. Maloof: | No. |
| Hearing Officer: | Okay before I close this hearing, Mr. Maloof, do you have any statements you'd like to make on behalf of Mr. Sawyer? |
| Mr. M. Maloof: | We have nothing further to add, any further comments will be included in the appeal. |
| Hearing Officer: | Mr. Sawyer, for the purpose of assisting in assessing discipline, in the event you are found guilty of the charges against you, your discipline record will be appended to the transcript. |
| Hearing Officer: | Mr. Sawyer, do you have any comments or criticisms of the way this hearing has been conducted? |
| Mr. Sawyer: | Let the record speak for itself. |
| Hearing Officer: | And Mr. Maloof, do you have any comments or criticisms of the way this hearing has been conducted? |
| Mr. M. Maloof: | Mr. Hearing Officer, (tape beeped) we'll avail ourselves if the opportunity to read the transcript prior to responding to your concise question. |

## TRANSPORTATION DEPARTMENT
## HEARING TRANSCRIPT

**R. J. Sawyer (Personal Injury)**
**Held on November 19, 2003**

**Page 36**

Hearing Officer:    If there is nothing further, I declare this hearing closed at 1008
hours. Thank you gentlemen.

End of Transcript