# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER,<br>       Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY<br>COMPANY and<br>BOSTON & MAINE CORPORATION,<br>       Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11945-JLT<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MICHAEL J. WALSH

My name is Michael J. Walsh, and I hereby swear and affirm that I have knowledge of the following facts:

1. In or about October of 2003, I was employed by Springfield Terminal Railway Company ("STR") in its Mechanical Department as General Manager of Locomotives.

2. As General Manager of Locomotives, I am knowledgeable concerning the Safety Rules of STR as they relate to the job duties of STR employees and am knowledgeable concerning safety regulations promulgated by the Federal Railroad Administration, including, but not limited to, 49 CFR 229.119.

3. My understanding of the relevant provisions of 49 CFR 229.119 as they apply to locomotive cab doors is that the "secure and operable latching device" required under the regulation is solely for the purpose of keeping cab doors secured when closed. The requirements of the regulation do not require a "secure and operable latching device" to keep locomotive cab doors opened nor am I aware of any other safety regulations, Federal or otherwise, requiring any device to keep locomotive cab doors secured when opened. 49 CFR 229.119 does not require a catch or latching devise or door check or commercial hydraulic door closer to secure or control engine doors in an open position. Safety Rules of STR provide that cab doors should not be open whenever the locomotive is moving.

4. There is no general custom or practice in the railroad industry whereby secure and operable latching devices are employed to keep locomotive cab doors open on GP-40-2 wide body locomotives such as MEC 515, the locomotive involved in the Plaintiff's incident. All latching devices in place on cab doors of locomotives operated by STR are for purpose of keeping the cab doors closed, not opened.

        Moreover, to my knowledge and understanding there is no custom in the railroad industry pertaining to the use of safety hydraulic safety door closers on any locomotive cab doors.

5.       To my knowledge and understanding, locomotive MEC 515 was not modified prior to Springfield Terminal Railway Company (STR) purchasing the locomotive. On further information and belief, to the extent there were any modifications made to the locomotive prior to STR's purchase of it, all modifications would have been done in complete compliance with FRA requirements prior to STR purchasing the locomotive. The MEC 515, GP-40-2 wide body locomotive utilized by the Plaintiff was, and is, no more or less safe and appropriate for its intended use on the date of incident than any other GP-40-2 type engine.

6.       On October 23, 2003, the day the incident involving the plaintiff, Robert Sawyer, occurred, I performed a mechanical inspection with Engine Maintainer, Paul D'Hondt, of the engine and specifically the door at the front of the engine to which Mr. Sawyer was assigned to perform conductor duties on October 23, 2003.

7.       Based upon our joint inspection, Paul D'Hondt and I determined that there was nothing mechanically wrong with the engine door and that the door's handle and appurtenances were without defect.

8.       To my personal knowledge, the door involved in Plaintiff's accident weighs in excess of 125 pounds.

9.       Attached hereto as "Exhibit A" is a Memorandum I prepared pertaining to the investigation of the plaintiff's alleged accident and the joint inspection performed with Paul D'Hondt of the subject engine on October 23, 2003 with attachments. I specifically recollect that there was no wind on that date at the time of my inspection of the scene.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 29 DAY OF JULY, 2005.

*m.J. Walsh*
Michael J. Walsh

2

## **EXHIBIT A**

Case 1:04-cv-11945-JLT    Document 22-5    Filed 08/08/2005    Page 4 of 12

# *Memorandum*

Mechanical Department
October 24, 2003

To: M. E. Moore - AVP Mechanical                                                        File: 582

Re: *Personal Injury Investigation - Robert J. Sawyer* (Conductor - BO-1)

On Thursday, October 23, 2003, at approximately 1335 hours, I was informed by Power Control (W. A. Wallace) that an injury had occurred to subject employee involving the locomotive MEC 515 in Somerville, MA. At the time, details of the injury were unknown other than the employee injured his hand on a door of the locomotive. The location of the door, extent of the injury, or what hand (left or right) that was injured was unknown at this time.

Shortly thereafter, I received a call from my supervisor (M. E. Moore) who instructed me to proceed to Somerville and perform an inspection of the locomotive. I then notified Power Control to have the Lawrence Engine Maintainer (Machinist - Paul D'Hondt) come to Billerica and we would both go to Somerville to perform a joint inspection.

Upon arrival at Somerville, MA., at approximately 1445 hours, the Engine Maintainer was flagged down on a side street by the Engineer (Gary Willis). Mr. Willis was the Engineer on the same BO-1 job with Mr. Sawyer. Mr. Willis spoke briefly with the Maintainer and then he stopped and introduced himself to the undersigned. In conversation with Mr. Willis, I asked him what happened and he said that he was sitting in the Engineers seat and he couldn't see what happened from where he was sitting. All he knew was that the Conductor was going out the front door and he got his hand (unknown) caught in the door on the nose of the locomotive. Mr. Willis said that there was a lot of blood, the ambulance arrived and picked up Mr. Sawyer and then they picked up Mr. Sawyer's glove from the front of the locomotive. I asked Mr. Willis if there was anything wrong with the doors on the front of the locomotive and he responded that "there was nothing wrong with the doors or the door handles". I then asked Mr. Willis if the locomotive was in motion at the time of the injury and he responded that they were sitting still at the time.

The results of my inspection are as follows:

• Weather: Cool, approximately 38 degrees, overcast and cloudy, light drizzle of rain and the visibility was good to excellent.

• General condition of the Cab Interior: Very clean, with the exception of a pile of newspapers on the front window ledge in front of the conductors seat and desk. The date of the most recent newspaper was the Boston Globe dated 10/23/03.

• Federal Periodic Inspection Form (Blue Card) Information: EMD GP40-2 locomotive, built 1977. The last periodic test (C368 and 1104) was dated on August 09, 2003 at Waterville, ME. The cab card was signed by R. J. Touchette (Electrician) and Doug Withee (Machinist).

*Personal Injury Investigation - Robert J. Sawyer cont............*                    October 24, 2003

- The doors and door handles on the interior and exterior doors were in very good working condition. The doors and door appurtenances were without defects.

- The floor in the vestibule between the front interior and exterior doors was well lighted at floor level and the vestibule floor was clean, dry and free of debris and/or any tripping hazards.

- The front Walkway was clean (wet from the drizzling rain) and free of any tripping hazards.

- The **ORIGINAL** MP2005's (daily inspection reports) were removed from the locomotive and have been included with this memorandum.

- A mechanical inspection, to include a thorough inspection of both front doors was performed by the Engine Maintainer (Paul D'Hondt), without exception. The **ORIGINAL** copy of Mr. D'Hondt's inspection report has also been included with this memorandum.

- A door clearance inspection was performed by the undersigned and Mr. D'Hondt. When the front exterior door was fully open, there was sufficient clearance (between 4 & 6" inches) between the edge of the door and the front and vertical handrails on the left side of the locomotive. After performing this test, it was conclusive that there was no conceivable way that Mr. Sawyer injured his hand between the edge of the door and the handrails.

- It should be noted that the Engine Maintainer (Paul D'Hondt), made minor, unrelated repairs (i.e. crossing bell cartridge, toilet odor and adjust piston travel) to this same locomotive in Somerville, MA. just prior to the reported injury. At no time, when the Engine Maintainer (Paul D'Hondt) was repairing these minor defects, did the Engineer (Gary Willis), or the Conductor (Robert Sawyer) report or even mention anything about the condition of the doors to Mr. D'Hondt.

   At approximately 1600 hours the Springfield Terminal Railway police department (STPD) arrived to investigate the injury. The police investigation team consisted of Tony DeFrancesco and Jeff Cheney. During the course of their investigation they examined and photographed the interior and exterior doors of the locomotive and the blood stains on the walkway, ditch light housing, hand rail stanchions, handrail and the stairwell on the right, front side of the locomotive. A spot of blood was also discovered on the floor of the crew trailer. Blood was also discovered on a coat, laying on a chair in the trailer. It was presumed to be the coat belonging to Mr. Sawyer. Lieutenant DeFrancesco called the ambulance company (Talgo?) who transported Mr. Sawyer to the Mass General Hospital for medical treatment. Lt. DeFrancesco was able to obtain the arrival time of the ambulance at the yard and the hospital, but, they would not release any medical information pertaining to the condition of Mr. Sawyer.

*Personal Injury Investigation - Robert J. Sawyer cont...........*                October 24, 2003

    The STPD completed their investigation and departed the scene at approximately 1635 hours. Mr. D'Hondt and the undersigned departed at 1645 hours.

    If there are any questions regarding this report and/or the inspection of the locomotive, please contact the undersigned at (978) 663 - 1150.

Attached: (5) **ORIGINAL** Inspection Reports

                                                  M. J. Walsh - GM of Locomotives

CC: J. S. Patterson - *Information*

*Phone: (978) 663 - 1150*                *Fax: (978) 663 - 1174*

## Locomotive Inspection Report
(Following Accident, Collision or Injury)

ML-12
1/97

Locomotive Terminal: _Springfield Terminal_    Date of Inspection: _10/23/03_

Locomotive Number: _MEC 515_    Place of Accident: _____

Train Number: _801_    Date and Time of Accident: _10/23/03_

The above locomotive, involved in an accident was inspected at: _Somerville_

on _10/23/03_ and the following conditions were noted:

### Air Brake Equipment:

(1) Does independent brake function properly? _Yes_

(2) Does automatic brake function properly? _Yes_

(3) Brake piston travel, left side: _3" + 4"_ inches.

(4) Brake piston travel, right side: _4" + 4½"_ inches.

(5) Brake pipe pressure: _90_ PSI

(6) Main reservoir pressure: _140_ PSI.

(7) Condition of brake shoes or brake linings: _Good_

### Warning Appliances:

(1) Does air horn blow properly? _Yes_

(2) Does locomotive bell ring properly? _Yes_

### General:

(1) Front headlight condition - Bright: _OK_ Dimmer: _OK_

(2) Rear headlight condition - Bright: _OK_ Dimmer: _OK_

(3) Does power release when throttle is closed? _Yes_

(4) Do sanders operate properly? _Yes_

(5) Do communicating signals operate properly? _Yes_

(6) Does safety control operate properly? _Yes_

(7) Does hand brake operate properly? _Yes_

### Remarks:

_No problem found with Interior door_
_or Exterior door_

Machinist Inspector: _P.C. [signature]_    Electrical Inspector: _N/A_

Supervisor: _M.G. Walsh_    Time and Date: _3:30 PM 10/23/03_

☒ BOSTON & MAINE CORPORATION
☐ MAINE CENTRAL RAILROAD COMPANY
☐ SPRINGFIELD TERMINAL RAILWAY CO.

## ENGINEERS & INSPECTORS REPORT

FORM MP 2005 (Rev. 3/91)
FRA Rule 229.21
DAILY INSPECTION

Loco Initials _MEC_
Loco Number _515_

LAST INSPECTION _Somerville_ DATE _10/21/03_ TIME _0730_ M _____ INSF
INSPECTED AT _Somerville_ DATE _10/23/03_ TIME _0800_ M _Willis_ INSF
TRAIN _____ DATE _____ ENGINEMAN _____

### OPERATING INFORMATION    ☐ NOTHING TO REPORT

SPEEDOMETER ENTER _____ SECONDS PER MILE READS _____ MPH
SPEED RECORDER SEALED UPON ARRIVAL?    ☐ YES   ☐ NO
   TAPE CHANGE?        ☐ YES   ☐ NO
   RECORDER WORKING?   ☒ YES   ☐ NO
   RESEALED?           ☐ YES   ☐ NO

CAB APPLIANCES — CHECK BOX IF DEFECTIVE
☒ ~~HORN~~/BELL   ☐ RADIO   ☐ LIGHTS   ☐ GAUGES   ☐ HEATER   ☒ OTHER
DESCRIBE _Bell stops when activated. Toilet stinks and is over full. Replaced bell cartridge + added rinse to toilet. PC Other 10/23/03_

### MECHANICAL AND AIR BRAKE

☐ BRAKES AND RIGGING     ☐ DYNAMIC BRAKE        ☐ SANDERS              ☐ FLAT SPOTS
☐ ENGINE SHUT DOWN       ☐ GOV LOW OIL BUTTON   ☐ LOW WATER BUTTON     ☐ OVERSPEED
                         ☐ COP SWITCH           ☐ ENGINE OUT OF WATER
                         ☐ LUBE OIL             ☐ FUEL

MAIN RES PRESSURE _140_   BRK PIPE PRESSURE _90_   BRAKE CYL PRESSURE _72_
DESCRIBE _Piston L2 needs adjusting. Adjusted L2 Piston Travel PC Other 10/23/03_

### ELECTRICAL

☐ GROUND RELAY    ☐ NOT LOADING    ☐ WHEEL SLIP
☐ MU JUMPER — EXPLAIN _____

| DISPATCHED: | TIME: | DATE: | REPAIRS MADE BY | DATE |
|---|---|---|---|---|
| BRAKE TEST: _Pass_ | TIME: _0815_ | DATE: _10/23/03_ | | |
| DEFECTS: | | | | |

LAST TEST DATE: .92-_2/7/03_   .368-_8/7/03_   .735-_8/19/03_
SUPERVISOR _____ DATE _____ TIME _____

☑ **BOSTON & MAINE CORPORATION**
☐ **MAINE CENTRAL RAILROAD COMPANY**
☐ **SPRINGFIELD TERMINAL RAILWAY CO.**

## ENGINEERS & INSPECTORS REPORT

FORM MP 2005 (Rev. 3/91)　　　　　　　　　　　　　　　　　　　　　　Loco Initials __MEC__
FRA Rule 229.21
DAILY INSPECTION　　　　　　　　　　　　　　　　　　　　　　　　　Loco Number __515__

LAST INSPECTION __Somerville__　DATE __10/20/03__　TIME __0800__ M　_____ INSP
INSPECTED AT __Somerville__　DATE __10/21/03__　TIME __0730__ M　__PC Ok__ INSP
TRAIN __30-1__　DATE __10/22/03__　　　　　　　ENGINEMAN __Willi__

---

**OPERATING INFORMATION**　　　☐ NOTHING TO REPORT

SPEEDOMETER ENTER _____ SECONDS PER MILE READS _____ MPH
SPEED RECORDER SEALED UPON ARRIVAL?　☐ YES　☐ NO
　　　　　　　TAPE CHANGE?　☐ YES　☐ NO
　　　　　RECORDER WORKING?　☑ YES　☐ NO
　　　　　　　　RESEALED?　☐ YES　☐ NO

CAB APPLIANCES — CHECK BOX IF DEFECTIVE
　☐ HORN/BELL　☐ RADIO　☐ LIGHTS　☐ GAUGES　☐ HEATER　☐ OTHER
DESCRIBE _____

---

**MECHANICAL AND AIR BRAKE**

☐ BRAKES AND RIGGING　☐ DYNAMIC BRAKE　☐ SANDERS　☐ FLAT SPOTS
☐ ENGINE SHUT DOWN　☐ GOV LOW OIL BUTTON　☐ LOW WATER BUTTON　☐ OVERSPEED
　　　　　　　　　　　☐ COP SWITCH　☐ ENGINE OUT OF WATER
　　　　　　　　　　　☐ LUBE OIL　☐ FUEL
　　MAIN RES PRESSURE __140__　BRK PIPE PRESSURE __90__　BRAKE CYL PRESSURE __72__
DESCRIBE _____

---

**ELECTRICAL**

☐ GROUND RELAY　☐ NOT LOADING　☐ WHEEL SLIP
☐ MU JUMPER — EXPLAIN _____

| DISPATCHED: | TIME: | DATE: | REPAIRS MADE BY | DATE |
|---|---|---|---|---|
| BRAKE TEST: __ok__ | TIME: __0815__ | DATE: __10/21/03__ | | |
| DEFECTS: | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LAST TEST DATE:　.92- __8/9/03__　　.368- __8/9/03__　~~.736~~ __1707 8/9/03__
SUPERVISOR

☑ **BOSTON & MAINE CORPORATION**
☐ MAINE CENTRAL RAILROAD COMPANY
☐ SPRINGFIELD TERMINAL RAILWAY CO.

## ENGINEERS & INSPECTORS REPORT

FORM MP 2005 (Rev. 3/91)
FRA Rule 229.21
DAILY INSPECTION

Loco Initials __MEC__
Loco Number __515__

LAST INSPECTION __E.DPH__    DATE __10/18/03__ TIME __1100__ M _____ INSP
INSPECTED AT __Somerville__ DATE __10/30/03__ TIME __0800__ M __Willis__ INSP
TRAIN __ZC-1__    DATE __10/31/03__         ENGINEMAN __Willis__

### OPERATING INFORMATION         ☐ NOTHING TO REPORT

SPEEDOMETER ENTER _____ SECONDS PER MILE READS _____ MPH

SPEED RECORDER SEALED UPON ARRIVAL?   ☐ YES   ☐ NO
                    TAPE CHANGE?      ☐ YES   ☐ NO
                 RECORDER WORKING?    ☑ YES   ☐ NO
                        RESEALED?     ☐ YES   ☐ NO

**CAB APPLIANCES — CHECK BOX IF DEFECTIVE**
☑ ~~HORN~~/BELL   ☐ RADIO   ☐ LIGHTS   ☐ GAUGES   ☐ HEATER   ☐ OTHER
DESCRIBE __After activation Bell stops.__
__Replaced Bell cartridge   PC Dikow 10/21/03__

### MECHANICAL AND AIR BRAKE
☑ BRAKES AND RIGGING   ☐ DYNAMIC BRAKE      ☐ SANDERS              ☐ FLAT SPOTS
☐ ENGINE SHUT DOWN     ☐ GOV LOW OIL BUTTON ☐ LOW WATER BUTTON     ☐ OVERSPEED
                       ☐ COP SWITCH         ☐ ENGINE OUT OF WATER
                       ☐ LUBE OIL           ☐ FUEL

MAIN RES PRESSURE __145__    BRK PIPE PRESSURE __90__    BRAKE CYL PRESSURE __72__
DESCRIBE __Check L#4 brake shoe (not flat on wheel)__
__Replaced L4 & L1 shoes  PC Dikow 10/21/03__

### ELECTRICAL
☐ GROUND RELAY   ☐ NOT LOADING   ☐ WHEEL SLIP
☐ MU JUMPER — EXPLAIN _____

| DISPATCHED: | TIME: | DATE: | REPAIRS MADE BY | DATE |
|---|---|---|---|---|
| BRAKE TEST: _Pass_ | TIME: _0815_ | DATE: _10/24/03_ | | |
| DEFECTS: | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LAST TEST DATE:  .92-_8/9/03_    .368-_8/9/03_    .735-_8/9/03_
SUPERVISOR                          DATE            TIME

☑ BOSTON & MAINE CORPORATION
☐ MAINE CENTRAL RAILROAD COMPANY
☐ SPRINGFIELD TERMINAL RAILWAY CO.

## ENGINEERS & INSPECTORS REPORT

FORM MP 2005 (Rev. 3/91)  
FRA Rule 229.21  
DAILY INSPECTION

Loco Initials __MEC__  
Loco Number __515__

LAST INSPECTION __Lowell__ DATE __10-16-03__ TIME __22:30__ M _____ INSP.  
INSPECTED AT __EDSA.__ DATE __10-18-03__ TIME __11:00__ M __L. Johnson__ INSP.  
TRAIN _____ DATE _____ ENGINEMAN __G.C. JR.__

### OPERATING INFORMATION    ☐ NOTHING TO REPORT

SPEEDOMETER ENTER _____ SECONDS PER MILE READS _____ MPH  
SPEED RECORDER SEALED UPON ARRIVAL?   ☐ YES   ☐ NO  
TAPE CHANGE?   ☐ YES   ☐ NO  
RECORDER WORKING?   ☐ YES   ☐ NO  
RESEALED?   ☐ YES   ☐ NO

CAB APPLIANCES — CHECK BOX IF DEFECTIVE  
☐ HORN/BELL   ☐ RADIO   ☐ LIGHTS   ☐ GAUGES   ☐ HEATER   ☐ OTHER  
DESCRIBE _____

### MECHANICAL AND AIR BRAKE

☐ BRAKES AND RIGGING   ☐ DYNAMIC BRAKE   ☐ SANDERS   ☐ FLAT SPOTS  
☐ ENGINE SHUT DOWN   ☐ GOV LOW OIL BUTTON   ☐ LOW WATER BUTTON   ☐ OVERSPEED  
☐ COP SWITCH   ☐ ENGINE OUT OF WATER  
☐ LUBE OIL   ☐ FUEL

MAIN RES PRESSURE _____ BRK PIPE PRESSURE _____ BRAKE CYL PRESSURE _____  
DESCRIBE _____

### ELECTRICAL

☐ GROUND RELAY   ☐ NOT LOADING   ☐ WHEEL SLIP  
☐ MU JUMPER — EXPLAIN _____

| DISPATCHED: | TIME: | DATE: | REPAIRS MADE BY | DATE |
|---|---|---|---|---|
| BRAKE TEST: | TIME: | DATE: | | |
| DEFECTS: | | | | |

LAST TEST DATE:   .92- / /       .368- / /       .736- / /  
SUPERVISOR _____ DATE _____ TIME _____