**EXHIBIT E**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT SAWYER,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **C.A. No. 04-11945-JLT** |
| | ) |
| **SPRINGFIELD TERMINAL RAILWAY** | ) |
| **COMPANY and** | ) |
| **BOSTON & MAINE CORPORATION,** | ) |
| **Defendant.** | ) |
| | ) |

## AFFIDAVIT OF PAUL D'HONDT

My name is Paul D'Hondt, and I hereby swear and affirm that I have knowledge of the following facts:

1.  In or about October of 2003, I was employed by Springfield Terminal Railway Company ("STR") as a Machinist and an Engine Maintainer..

2.  On October 23, 2003, the day the incident involving the plaintiff, Robert Sawyer, occurred, I performed a mechanical inspection of the engine and specifically the door at the front of the engine to which Mr. Sawyer was assigned to perform conductor duties on October 23, 2003..

3.  Based upon my inspection, I determined that there was nothing mechanically wrong with the engine door and that the door's handle and appurtenances were without defect.

4.  All conductors, including the plaintiff, are provided with a copy of STR's Employee Safety Rules Manual ("Manual") and are bound to comply with all rules contained therein and to have a copy of the Manual available for reference while they are on duty.

5.  Attached hereto as "Exhibit A" are the pertinent provisions of Safety Rule 79 which provides that:

    Care must be exercised in opening and closing locomotive and car doors to avoid injury to fingers being caught against door facings and latches. Handles provided for that purpose must be used. Do not place fingers or hands on edge of door or door jamb for any reason!

6.    Attached hereto as "Exhibit B" are copies of nine (9) photographs taken on
      October 23, 2003 during the course of my inspection which depict the engine and
      engine door that were involved in the subject incident

      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
                    THIS 12th DAY OF JULY, 2005.

                                              Paul C. D'Hondt
                                              Paul D'Hondt

## EXHIBIT A



79. Care must be exercised in opening and closing locomotive, and car doors to avoid injury to fingers being caught against door facings and latches. Handles provided for that purpose must be used. Do not place fingers or hands on edge of door or door jamb for any reason !

   99. The nose door on leading end of diesel locomotive so equipped, must be closed and bolted to secure door in closed position while locomotive is in motion. Floors and steps in nose of diesel units must be kept free of chains, cables or other materials to avoid the possibility of stumbling or falling over such material.

103. Cab doors must be kept closed while locomotive is in motion.

104. Door leading from cab to engine room must be kept closed. Side doors in engine rooms and end doors must be kept closed at all times when locomotive is in service, except when necessary to gain access to cab.

CARRIER'S EXHIBIT __A__ - page __51__

**EXHIBIT B**







CARRIER'S EXHIBIT ___A___ - page __44__

photo        Ex 3



CARRIER'S EXHIBIT __A__ - page __45__

photo        Ex 4





CARRIER'S EXHIBIT __A__ - page __47__

photo    Ex 6



CARRIER'S EXHIBIT _A_ - page _48_

photo    Ex 7



photo   Ex 8

CARRIER'S EXHIBIT ___A___ - page ___49___



CARRIER'S EXHIBIT _____A_____ - page ___50___

photo    Ex 9