UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11945-JLT

| | |
|---|---|
| **ROBERT SAWYER,**<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| **SPRINGFIELD TERMINAL RAILWAY COMPANY and**<br>**BOSTON & MAINE CORPORATION,**<br>      Defendant. | )<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

    Now comes counsel for the Defendant, Springfield Terminal Railway Company and states that on August 9, 2005, counsel for the Defendant telephoned Plaintiff's counsel to confer in a good faith effort to resolve and narrow the issues set forth in the Defendant, Springfield Terminal Railway Company's, Motion for Summary Judgment. During said telephone conference, counsel were unable to either resolve or narrow the areas of disagreement with respect to said Motion. Thus, the requirements of Local Rule 7.1(A)(2) have been satisfied with regards to the filing of Defendant's Motion for Summary Judgment.

                                        By the Defendant,
                                        Springfield Terminal Railway Company,
                                        By its attorneys,

                                        John J. O'Brien, Jr., Esq.
                                        BBO # 375885
                                        O'Brien & von Rosenvinge, P.C.
                                        27 Mica Lane, Suite 202
                                        Wellesley, MA 02481
Dated: August 9, 2005                (781) 239-9988

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of

**CERTIFICATION PURSUANT TO RULE 7.1(A)(2)**

by mailing a copy thereof, postage prepaid, to:

| | |
|---|---|
| Ronald M. Davids, Esq. | Paul J. Riley, Esq. |
| Davids & Schlesinger | Barish Law Offices, P. C. |
| 40 Washington Street, Suite 250 | 1601 Cherry Street |
| Wellesley, MA 02481 | Philadelphia, PA 19102 |

_____
John J. O'Brien, Jr.

Dated: August 9, 2005