UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | |
| SPRINGFIELD TERMINAL RAILWAY ) | CASE NO. 04 11945 JLT |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF TWENTY PAGES

Robert Sawyer hereby moves pursuant to District Court Local Rule 7.1 (b)(4), for leave to file an opposition brief to the Defendant's Motion for Summary Judgment that exceeds 20 pages. As grounds for his motion, Mr. Sawyer states that the additional seven pages (the brief is 27 pages long) is necessary to fully respond to the legal issues and contested issues of fact raised by the defendant's motion.

Plaintiff's counsel has conferred with defense counsel John J. O'Brien, Jr., Esquire, who has no objection to the instant motion.

WHEREFORE, the Plaintiff, Robert Sawyer respectfully requests leave to file his opposition brief in excess of 20 pages.

BARISH◊ROSENTHAL

BY: _____
Paul J. Riley, Esquire
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Opposition in Excess of Twenty Pages and Plaintiff's Response to Defendant, Springfield Terminal Railway Company's Motion for Summary Judgment was served by United States First Class Mail, Postage Prepaid, upon:

John J. O'Brien, Esquire
O'BRIEN & VON ROSENVINGE, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481

on this 31st day of August, 2005.

BARISH◊ROSENTHAL

BY: _____
Paul J. Riley, Esquire
Attorney for Plaintiff