IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER | : |
| Plaintiff, | : CIVIL ACTION |
| vs. | : NO. 04-11945-JLT |
| SPRINGFIELD TERMINAL RAILWAY COMPANY and BOSTON & MAINE CORPORATION | : |
| Defendants. | : |

## AFFIDAVIT OF ROBERT SAWYER

I, Robert Sawyer, on oath depose and say:

1. I am a conductor for Springfield Terminal Railway and have worked for the railroad since 1971.

2. While working for Springfield Terminal Railway, I have exited the nose or exterior cab door of Locomotive MEC-515 or similar locomotives thousands of times.

3. I cannot recall ever closing the nose or exterior cab door of any locomotive, including locomotive MEC-515, on my hand.

4. Nor can I recall ever closing the nose or exterior cab door of locomotive MEC-515 or a similar locomotive when my hand was positioned in such a way as to be struck by the door when it closed.

Signed under the pains of perjury this day of 08/24, 2005.

_____
Robert Sawyer        08/24/05

Arman Shirikyan
Notary Public
My Commission Expires June 15, 2012
Commonwealth of Massachusetts

_____
A. SHIRIKYAN
08/24/05