**Lewis N. Catone**
**Railroad Transportation Consultant**
58 Old Bedford Road
Goldens, NY 10526
(914) 301-5070

---

May 2, 2005

Barish Law Offices, P.C.
Counsellors at Law and Proctors in Admiralty
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

   Re: Sawyer v. Springfield Terminal Railway

Introduction

At approximately 1:30PM. On Thursday, October 23, 2003, Mr. Robert J. Sawyer, Conductor, assigned to Springfield Terminal Railway, Freight Switcher, No. BO-1, sufferred injury while making an exit from MEC-Locomotive 515, (Light) after stopping on the track designated as; 3rd Iron Extension, in the Somerville Yard, Boston, Massachusetts.

I have been requested by the Barish Law Offices, P.C. to provide the following services:

1. To review information and documents produced through discovery, and:
   - analyze the actions of the crew of Switcher BO-1, during the time in which the injury occurred.

2. To render my professional opinions that I have reached to date, based upon my findings, regarding:
   - compliance with applicable rules, agreements or standard practices.
   - casual factor(s) that resulted in this occurrence.

**Material Reviewed**
1. SPT Accident/Incident Report GTSF 100 (marked exhibit "a").

2. Mechanical Department Memorandum prepared by M.J. Walsh-GM of Locomotives, dated October 24th 2003.

3. Hearing Transcript of formal investigation held on November 19, 2003, to develop the facts and determine responsibility, if any, in connection with Mr. Sawyer's (alleged) failure to properly perform his duties at the time he received injury, while employed as Conductor on assignment BO-1, at approximately 1320 hours (1:20PM) while in the process of leaving the cab of Locomotive MEC 515 to detrain and align switch for final movement to complete assignment, on October 23, 2003.

4. Included in this transcript are the following document copies;
   (a) A Letter to Mr. Sawyer advising him of the charge and date of hearing to be scheduled for November 19, 2003, having been originally scheduled for November 7, 2003 but was postponed at the request of UTU Local Chairman, Chartrand. Includes pertinent data.

   (b) Nine photographs of Locomotive MEC 515, taken by the Carriers Police Department.

   (c) Two sheets of printed B&M form that show a record of discipline but no employment information.

   (d) Notice of discipline assessed Mr. Sawyer, charging him with failure to comply with Safety Rule 79, of the Springfield Terminal Railway that specifies:

   "Care must be exercised in opening and closing locomotive, and car doors to avoid injury to fingers being caught against door facings and latches. Handles provided for that purpose must be used. Do not place fingers or hands on edge of door jamb for any reason."

   Fourteen (14) Days Suspension (effective December 1, 2003, through and including December 14, 2003, and review of Springfield Terminal Railway Company Safety Rules.

Material Reviewed Continued
---

5. Cataldo Ambulance Services Report of October 23, 2003

6. Deposition of Robert J. Sawyer, dated March 31, 2005.

7. Public Law Board No. 4623, Case no. 130, findings for the appeal of Conductor, Robert J. Sawyer.

## Injury Event

Robert J. Sawyer, reported for duty on Thursday, October 23, at approximately 8:00 A.M. to the Somerville, MA facility (3rd Avenue Trailer) to cover his regular assignment as Conductor on Job No. BO-1, a local switcher. The crew of BO-1 consists of a Conductor and an Engineer. They were assigned Locomotive MEC - 515, a modified road unit.

During the course of his assignment, together with Locomotive Engineer, Gary Willis, they proceeded with their consist and switched local industries within the Boston environs. This was their normal work and had been performed on a regular basis.

After completing their regular work they returned to the Somerville yard to put their train away and tie up. They proceeded to leave their empty cars on the designated "3rd iron extension" track and moved to put their locomotive, on the regularly assigned "MS Walker" track.

The lite Engine moved to the switch leading into the "MS Walker" track and stopped short of the switch. Mr. Sawyer picked up his kit bag and entered the "nose" portion of the locomotive to detrain and align the switch. He would not have had to return to the cab of the locomotive as their tour was now complete, and once the engine was secured they would go off duty.

Mr. Sawyer walked approximately six feet, after stepping down into the nose portion of the cab and walked forward to the exterior (nose) door. He opened the door in the usual manner (outward) with no resistance. Holding his bag in his left hand, he was in the process of stepping out to the deck when the door with some unknown force suddenly slammed back, causing injury to his Right Hand, putting him in a state of complete traumatic surprise.

-3-

**Injury Event Continued**

On impact he instinctively held up his injured hand. On observing heavy bleeding, he yelled to the Engineer that he needed an ambulance. Engineer Willis, from his seat, observed Mr. Sawyer, on the deck with his bloody hand raised and immediatly notified the AMTRAK Dispatcher, who summoned an ambulance to the scene. The ambulance arrived and upon examination took Mr. Sawyer, to the Massachussetts General Hospital, Emergency Room where he received medical treatment.

**Opinion**

Based upon my interview with the Plantiff and review of the documents available, and articles listed herein. I have arrived at the following opinions and conclusions, relative to the Plantiff's accident that occurred at approximately 1:30 P.M., on the afternoon of October 23, 2003.

In all of the material furnished by the Springfield Terminal Railway, I feel that no serious investigation was made to determine the cause of the accident, or to effect a remedy.

The Federal Railroad Administration (FRA) regulations at Title 49, part 225 requires the railroad to use the current <u>FRA Guide for Preparing Accident/Incident Reports.</u>.In part, this requires the railroad to report all accidents/incidents resulting in death or injury. <u>These reports shall state the nature and causes thereof and the circumstances therewith.</u>

The reports allow the FRA to gather data and statistics, and to further issue recommendations and guidelines to improve working conditions that conform to OSHA requirements. I see no intelligent record of compliance with these instructions, in that the material furnished does not in my opinion indicate a probable cause for this accident/injury other than a Safety Rule (79) violation that was fully complied with by the Plantiff.

The Plantiff, Mr. Sawyer was disciplined as a result of a formal investigation that did not develop any probable cause by design, but a weak attempt to blame Employee negligence for the accident.

-4-

## Opinion Continued

Ultimately, The Public Law Board (PLB) received an appeal from the United Transportation Union for removal of the discipline assessed Mr. Sawyer. This appeal was made in accordance with the provisions of the Railway Labor Act.

The Board (PLB) reviewed the whole record and evidence submitted. They ruled in the claimant's favor, in that the Carrier (Springfield Terminal Railway) failed to convince the Board, that the Claimant violated Safety Rule 79, while leaving the Engine (MEC 515) on October 23, 2003. The Award states that
"the discipline assessed was unjustified and that the discipline must be removed from the claimants record, and he must be made whole for all lost wages".

Of significance is the Public Law Boards statement that reads in part "THERE IS NOT A SCINTILLA OF EVIDENCE THE CLAIMANT DID ANYTHING TO CAUSE THE DOOR TO CLOSE ON HIS HAND. HE USED THE HANDLE ON THE DOOR TO OPEN IT, AS RULE 79 REQUIRES. BECAUSE THERE WAS NO DEVICE TO SECURE THE DOOR, IT INEXPLICABLY CLOSED CAUSING A SERIOUS INJURY TO THE CLAIMANTS FINGER. SINCE THE ACCIDENT HAPPENED SO SUDDENLY THERE WAS NOTHING THE CLAIMANT COULD HAVE DONE TO PREVENT IT IN OUR VIEW".

The Public Law Board substantiates and strengthen's my opinion, being more explicit in their review of the hearing transcript materials. It clearly shows that the carrier (Springfield Terminal Railway) must be held responsible for the safety of their employee's in the performance of their duties.

The GP-40-2 Locomotives were built with access to the front and rear deck from the cab door(s) of the locomotive, leading to a walkway to the front of the locomotive from the Trainmans side, or to the rear from the Engineers side as shown in photo (d) & (e) attached. This is the type (GP-40) used on most major railroads in the United States.

The Locomotive involved in the accident, MEC-515, differs from the GP-40-2s that I researched on the major railroad systems in the United States. Research indicates that MEC-515 as well as other GP-40-2s were modified in Canada, with a full cab (referred to as a Safety Cab), by the Canadian National Railroad; then through whatever channels, were purchased for use on the Guilford Railroad System. Access to the front deck in these modified locomotives is through a door in the front (nose) of the locomotive as pictured in photos(a), (b), (c) attached. This door swings outward with <u>no locking catch or door check</u>.

The Road Foreman of Engines testified during the formal hearing that the door involved on MEC-515 does not have any safety feature to prevent it from slamming shut and a strong wind could possibly close the door. The transcript makes no reference to wind conditions on the day of the accident, other than a light drizzle of rain and cloudy with good visability and a temperature of 38 degrees.

It must be noted that the investigation of the injury was conducted by an Senior Officer of the Railway and its Police Department. The Police Department report was not included in the documents furnished by the Carrier.

My research into the hourly historical weather conditions in the Boston area on Thursday, October 23, 2003, indicate that the wind velocity was variable to the extent that it was the contributing factor that caused the accident. The Wind Speed was recorded as 14 mph, Maximum Speed 21 mph, and the Maximum Gust Speed at 28 mph. The Wind changed direction often during the period with significant gusts. The report is enclosed, as exhibit AA.

The photographs and weather reports that I reviewed in addition to those furnished by the defendant are:

1. AA, The Historical Weather report for Boston, MA on October 23, 2003, (4 pages).
2. (a), Photo of MEC 515, the Canadian National Railway, modified Locomotive involved in the accident.
3. (b), (c) Photos of the nose door on sister locomotives.
4. (d), (e) Photos of the cab door and walkway to the front deck on GP-40s, as originally received from the manufacturer, EMD.

-6-

Summary/Conclusion

Based on the material furnished and that gathered from research, I have arrived at the following opinions and conclusions relative to the Plantiff's accident. The accident occurred in the early afternoon at approximately 1:30PM on October 23rd 2003, while he was in the process of detraining from Locomotive MEC 515, to align the route for movement into the "MS Walker" track, to tie up, completing his assignment. The Locomotive had come to a full stop before the Plantiff moved to the head-end (nose)of the locomotive.

After opening the exterior door (outward) and in the process of stepping out of the open doorway, with his kit bag in his left hand to the open platform. The heavy steel door with great force suddenly slammed back and caught his Right Hand, causing injury.

It is my opinion that the open door was slammed back by a sudden gust of heavy wind. The door had no resistance and the plantiff was in motion with the door open. The door made of heavy steel had no catch to secure it in the open position, nor did it have a door check to control the doors movement against any undesired movement. The record shows that the wind changed direction frequently and gusted rapidly causing changes in velocity. The deck itself was wet as the result of light rain.

The Locomotive (MEC 515) was modified in Canada and in operation on the Canadian National Railway System before being purchased by the Guilford Railway System. While I am not able to determine if the modification was made in accordance with US-FRA Safety Standards. I believe that the door should have been equipped with a door check or latch as a safety measure to comply with US, CFR, Title 49 and that Guilford had an obligation to provide this feature. It is the custom and common practice for an exterior door of this type to be equipped with a latch to secure it in the open position, and/or a commercial safety hydraulic door closer to prevent any undesired action, such as the one that caused injury to the Plantiff.

It is also my opinion that Springfield Terminal Railways investigation failed to report the probable cause and was deficient in both its investigation and its subsequent reporting to the FRA. It did not allow FRA to properly evaluate the circumstances and effect a suggested remedy.

Therefore I conclude that the Defendant Springfield Terminal Railway, did not provide a safe working environment in that the "Nose" door of Locomotive MEC 515, lacked any safety appurtanances to prevent any undesired movement.

Code of Federal Regulations, Title 49, Part 229, "Locomotive Safety Standards & Locomotive Inspections" reads:

Part 229.119 **Cabs Floors, and passageways**
    (a) Cab seats shall be securely mounted and braced.
        **Cab doors shall be equipped with a secure and operable latching device.**

I reserve the right to amend this report should additional information become available.

Respectfully submitted,

*[signature]*

Lewis N. Catone

Encl.

-8-



# wunderground.com

## History for Boston, Massachusetts
### on Thursday, October 23, 2003

# October 23, 2003

### Daily Summary

| | Actual | Average | Record |
|---|---|---|---|
| **Temperature** | | | |
| Mean Temperature | - | 52 °F / 11 °C | |
| Max Temperature | 41 °F / 5 °C | 59 °F / 15 °C | 84 °F / 28 °C (1947) |
| Min Temperature | 36 °F / 2 °C | 44 °F / 6 °C | 29 °F / -1 °C (1883) |
| **Degree Days** | | | |
| Heating Degree Days | 26 | 13 | |
| Month to date heating degree days | 269 | 228 | |
| Since 1 July heating degree days | 303 | 324 | |
| Cooling Degree Days | 0 | 0 | |
| Month to date cooling degree days | 0 | 7 | |
| Year to date cooling degree days | 755 | 776 | |
| **Moisture** | | | |
| Dew Point | 35 °F / 1 °C | | |
| Average Humidity | 85 | | |
| Maximum Humidity | 100 | | |
| Minimum Humidity | 70 | | |
| **Precipitation** | | | |
| Precipitation | 0.01 in / 0.03 cm | 0.12 in / 0.30 cm | 2.33 in / 5.92 cm (1956) |
| Month to date precipitation | 3.69 | 2.76 | |
| Year to date precipitation | 34.27 | 33.79 | |
| **Snow** | | | |
| Snow | T in / T cm | 0.00 in / 0.00 cm | T in / T cm (2003) |
| Month to date snowfall | T | 0.0 | |
| Since 1 July snowfall | T | 0.0 | |
| Since 1 September snowfall | T | 0.0 | |
| Snow Depth | 0.00 in / 0.00 cm | | |
| **Wind** | | | |
| Wind Speed | 14 mph / 23 km/h () | | |
| Max Wind Speed | 21 mph / 34 km/h | | |
| Max Gust Speed | 28 mph / 45 km/h | | |
| **Visibility** | 10 miles / 15 kilometers | | |
| **Events** | Rain , Snow | | |

**Key:** T is trace of precipitation, MM is missing value
**Source:** NWS Daily Summary



Show full METARS (help) - Comma Delimited File

| Time (EDT) | Temperature | Dew Point | Humidity | Pressure | Visibility | Wind Direction | Wind Speed | Gust Speed | Precipitation | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:54 AM | 39.9 °F / 4.4 °C | 35.1 °F / 1.7 °C | 83% | 29.49 in / 998.6 hPa | 10.0 miles / 16.1 kilometers | NW | 12.7 mph / 20.4 km/h | - | N/A | | Overcast |
| 1:19 AM | 39.2 °F / 4.0 °C | 35.6 °F / 2.0 °C | 87% | 29.48 in / 998.2 hPa | 10.0 miles / 16.1 kilometers | NW | 13.8 mph / 22.2 km/h | - | N/A | | Overcast |
| 1:54 AM | 37.9 °F / 3.3 °C | 35.1 °F / 1.7 °C | 89% | 29.48 in / 998.3 hPa | 10.0 miles / 16.1 kilometers | NW | 11.5 mph / 18.5 km/h | - | N/A | | Overcast |
| 2:54 AM | 37.0 °F / 2.8 °C | 34.0 °F / 1.1 °C | 89% | 29.46 in / 997.5 hPa | 10.0 miles / 16.1 kilometers | NW | 15.0 mph / 24.1 km/h | - | N/A | | Overcast |
| 3:54 AM | 37.0 °F / 2.8 °C | 34.0 °F / 1.1 °C | 89% | 29.45 in / 997.1 hPa | 10.0 miles / 16.1 kilometers | NW | 12.7 mph / 20.4 km/h | - | N/A | | Overcast |
| 4:54 AM | 37.0 °F / 2.8 °C | 34.0 °F / 1.1 °C | 89% | 29.46 in / 997.4 hPa | 10.0 miles / 16.1 kilometers | NW | 12.7 mph / 20.4 km/h | - | N/A | | Overcast |
| 5:54 AM | 37.0 °F / 2.8 °C | 34.0 °F / 1.1 °C | 89% | 29.45 in / 997.2 hPa | 10.0 miles / 16.1 kilometers | WNW | 15.0 mph / 24.1 km/h | - | 0.00 in / 0.0 cm | Rain, Snow | Light Rain |
| 6:19 AM | 37.4 °F / 3.0 °C | 35.6 °F / 2.0 °C | 93% | 29.45 in / 997.2 hPa | 10.0 miles / 16.1 kilometers | WNW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | Rain, Snow | Light Rain |
| 6:35 AM | 35.6 °F / 2.0 °C | 35.6 °F / 2.0 °C | 100% | 29.45 in / 997.2 hPa | 8.0 miles / 12.9 kilometers | WNW | 15.0 mph / 24.1 km/h | - | 0.00 in / 0.0 cm | Rain, Snow | Light Rain |
| 6:44 AM | 35.6 °F / 2.0 °C | 35.6 °F / 2.0 °C | 100% | 29.45 in / 997.2 hPa | 9.0 miles / 14.5 kilometers | WNW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | Snow | Light Snow |
| 6:54 AM | 36.0 °F / 2.2 °C | 35.1 °F / 1.7 °C | 97% | 29.45 in / 997.2 hPa | 8.0 miles / 12.9 kilometers | WNW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | Snow | Light Snow |
| 7:54 AM | 36.0 °F / 2.2 °C | 34.0 °F / 1.1 °C | 93% | 29.45 in / 997.3 hPa | 10.0 miles / 16.1 kilometers | WNW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | | Overcast |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | C | F / 2.0 °C | 100% | 997.2 hPa | 14.5 kilometers | NW | 22.2 km/h | 33.3 km/h | 0.0 cm | Snow | Snow |
| 8:54 AM | 36.0 °F / 2.2 °C | 35.1 °F / 1.7 °C | 97% | 29.46 in / 997.6 hPa | 9.0 miles / 14.5 kilometers | NW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | Snow | Light Snow |
| 9:54 AM | 37.0 °F / 2.8 °C | 36.0 °F / 2.2 °C | 96% | 29.46 in / 997.6 hPa | 10.0 miles / 16.1 kilometers | NW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | Rain , Snow | Light Rain |
| 10:01 AM | 37.4 °F / 3.0 °C | 35.6 °F / 2.0 °C | 93% | 29.46 in / 997.5 hPa | 10.0 miles / 16.1 kilometers | NW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | Rain , Snow | Light Rain |
| 10:54 AM | 37.9 °F / 3.3 °C | 36.0 °F / 2.2 °C | 93% | 29.46 in / 997.6 hPa | 10.0 miles / 16.1 kilometers | NW | 16.1 mph / 25.9 km/h | - | 0.00 in / 0.0 cm | | Overcast |
| 11:54 AM | 37.9 °F / 3.3 °C | 35.1 °F / 1.7 °C | 89% | 29.47 in / 997.7 hPa | 10.0 miles / 16.1 kilometers | NW | 13.8 mph / 22.2 km/h | - | 0.00 in / 0.0 cm | Rain | Light Rain |
| 12:27 PM | 37.4 °F / 3.0 °C | 35.6 °F / 2.0 °C | 93% | 29.47 in / 997.9 hPa | 9.0 miles / 14.5 kilometers | NW | 16.1 mph / 25.9 km/h | 20.7 mph / 33.3 km/h | 0.01 in / 0.0 cm | Rain | Light Rain |
| 12:43 PM | 37.4 °F / 3.0 °C | 35.6 °F / 2.0 °C | 93% | 29.47 in / 997.9 hPa | 9.0 miles / 14.5 kilometers | NW | 15.0 mph / 24.1 km/h | - | 0.01 in / 0.0 cm | Rain | Light Rain |
| 12:54 PM | 37.9 °F / 3.3 °C | 36.0 °F / 2.2 °C | 93% | 29.47 in / 997.8 hPa | 9.0 miles / 14.5 kilometers | West | 13.8 mph / 22.2 km/h | - | 0.01 in / 0.0 cm | Rain | Light Rain |
| 1:01 PM | 37.4 °F / 3.0 °C | 35.6 °F / 2.0 °C | 93% | 29.47 in / 997.9 hPa | 10.0 miles / 16.1 kilometers | WNW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | Rain | Light Rain |
| 1:16 PM | 37.4 °F / 3.0 °C | 35.6 °F / 2.0 °C | 93% | 29.47 in / 997.9 hPa | 10.0 miles / 16.1 kilometers | NW | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | | Overcast |
| 1:54 PM | 37.0 °F / 2.8 °C | 36.0 °F / 2.2 °C | 96% | 29.48 in / 998.1 hPa | 10.0 miles / 16.1 kilometers | West | 15.0 mph / 24.1 km/h | - | 0.00 in / 0.0 cm | Rain | Light Rain |
| 2:54 PM | 39.0 °F / 3.9 °C | 35.1 °F / 1.7 °C | 86% | 29.49 in / 998.7 hPa | 10.0 miles / 16.1 kilometers | WNW | 17.3 mph / 27.8 km/h | 23.0 mph / 37.0 km/h | 0.00 in / 0.0 cm | Rain | Light Rain |
| 3:54 PM | 39.9 °F / 4.4 °C | 36.0 °F / 2.2 °C | 86% | 29.52 in / 999.4 hPa | 10.0 miles / 16.1 kilometers | WNW | 18.4 mph / 29.6 km/h | 21.9 mph / 35.2 km/h | 0.00 in / 0.0 cm | | Overcast |
| 4:54 PM | 41.0 °F / 5.0 °C | 36.0 °F / 2.2 °C | 82% | 29.54 in / 1000.1 hPa | 10.0 miles / 16.1 kilometers | West | 12.7 mph / 20.4 km/h | - | 0.00 in / 0.0 cm | | Mostly Cloudy |
| 5:54 PM | 41.0 °F / 5.0 °C | 32.0 °F / 0.0 °C | 70% | 29.57 in / 1001.2 hPa | 10.0 miles / 16.1 kilometers | WNW | 16.1 mph / 25.9 km/h | 21.9 mph / 35.2 km/h | N/A | | Overcast |
| 6:54 PM | 39.9 °F / 4.4 °C | 30.0 °F / -1.1 °C | 68% | 29.60 in / 1002.4 hPa | 10.0 miles / 16.1 kilometers | WNW | 13.8 mph / 22.2 km/h | - | N/A | | Scattered Clouds |
| 7:54 PM | 39.0 °F / 3.9 °C | 30.9 °F / -0.6 °C | 73% | 29.64 in / 1003.7 hPa | 10.0 miles / 16.1 kilometers | West | 12.7 mph / 20.4 km/h | - | N/A | | Clear |
| 8:54 PM | 39.0 °F / 3.9 °C | 30.0 °F / -1.1 °C | 70% | 29.68 in / 1004.9 hPa | 10.0 miles / 16.1 kilometers | West | 17.3 mph / 27.8 km/h | - | N/A | | Mostly Cloudy |
| 9:54 PM | 37.9 °F / 3.3 °C | 30.9 °F / -0.6 °C | 76% | 29.71 in / 1005.9 hPa | 10.0 miles / 16.1 kilometers | West | 13.8 mph / 22.2 km/h | - | N/A | | Mostly Cloudy |
| 10:54 PM | 37.9 °F / 3.3 °C | 30.0 °F / -1.1 °C | 73% | 29.73 in / 1006.7 hPa | 10.0 miles / 16.1 kilometers | WNW | 13.8 mph / 22.2 km/h | 19.6 mph / 31.5 km/h | N/A | | Overcast |

| 11:54 PM | 37.9 °F / 3.3 °C | 28.9 °F / -1.7 °C | 70% | 29.74 in / 1007.1 hPa | 10.0 miles / 16.1 kilometers | West | 15.0 mph / 24.1 km/h | - | N/A | Partly Cloudy |



Copyright © 2005 The Weather Underground, Inc.



(e) This is a close up of the locomotive doorway leading to the front of the locomotive as in (d).



(d) This photo (B&M 337) shows the design of the GP-40 locomotive commonly in use on most major railroads...note the door leading to the front deck from the Trainmans side of the locomotive.



(c) This photo is a close up of the door on the nose of a sister locomotive.



(b) This photo of a sister GP-40-2 shows an employee entering the locomotive from the nose, the same type door involved in the accident.





(a) This is the Locomotive(GP-40-2) MEC 515, that Plantiff, Sawyer was injured on during during his assignment. The door that slammed on his hand is visable ,partly open.