

| | |
|---|---|
| Mr. Gorreck: | No. |
| Mr. M. Maloof: | Okay that's all I have to know, all right. Now -- |
| Hearing Officer: | I'm going to flip the tape now. |
| Mr. M. Maloof: | Go ahead. (off record to flip tape over) |

**Tape 1 flip over to Side B**

| | |
|---|---|
| Hearing Officer: | We are back on record at 0935 hours after a tape change. Mr. Maloof, you can continue your questions. |
| Mr. M. Maloof: | Now I know you said you did not observe the trucks of the locomotive, did you by chance observe the wheels themselves? |
| Mr. Gorreck: | No, no we did not. |
| Mr. M. Maloof: | So you don't know whether or not any particular wheel in the set of trucks was a little bit lower than another wheel sitting in a joint or anything like that on the rail? |
| Mr. Gorreck: | Yeah, we didn't know. |
| Mr. M. Maloof: | Okay. Now I believe you stated in your direct testimony that the door itself where the injury occurred does not have a closer, an automatic closer? |
| Mr. Gorreck: | No it doesn't. |
| Mr. M. Maloof: | Do you know if the door is safety valve so that the door won't slam shut on you? Does it have a safety valve to prevent it from just slamming shut? |
| Mr. Gorreck: | No it doesn't. |
| Mr. M. Maloof: | Okay and am I correct when I state that that door is located in the front of the engine on the nose of the locomotive? |
| Mr. Gorreck: | Yes. |



| | |
|---|---|
| Mr. M. Maloof: | And it opens outwards to the wind if it was in motion? |
| Mr. Gorreck: | That's possible yes. |
| Mr. M. Maloof: | Okay and it's designed that way. Why is it designed that way, do you know? |
| Mr. Gorreck: | I don't know why they are designed to open out. |
| Mr. M. Maloof: | Could it be to keep it closed when it's in motion, the pressure of it? |
| Mr. Gorreck: | More than likely yes. |
| Mr. M. Maloof: | Now exactly or where you able to determine how much force is required to give motion to that door when the locomotive is stopped? |
| Mr. Gorreck: | Just normal average, you don't have to overstrain yourself to close one of them doors. |
| Mr. M. Maloof: | Well would it move if you put your finger up against it and pushed it? |
| Mr. Gorreck: | Maybe a little bit but – |
| Mr. M. Maloof: | How about two fingers if you pushed it? |
| Mr. Gorreck: | Two fingers? You'd need a little bit of force to close one of them doors or push it. |
| Mr. M. Maloof: | Okay let me ask you this. If the locomotive was still and the door was open, could the force of the wind make the door close? |
| Mr. Gorreck: | It's possible but it would have to be a very strong wind. |
| Mr. M. Maloof: | Okay now did you make any measurement as to the force required to actually move that door when you were there that day? |
| Mr. Gorreck: | No. |