# RESUMÉ OF LEWIS N. CATONE

**SUMMARY OF QUALIFICATIONS**

Investigative consultant/expert witness providing research, analysis, reconstruction, recommendations and testimony in litigation involving rail safety and federal regulatory compliance. Disability retirement – Metro North Commuter Railroad - 1989.

Over 40 years of railroad management experience in direct supervision of hundreds of trains daily over thousands of miles. Superior expertise in passenger train movements. Direct supervision over thousands of employees and millions of budget dollars.

Absolute and total familiarity with Federal Regulations, railroad operating and safety rules of all respective crafts and departments.

Absolute and total familiarity with all phases of railroad accident investigations, working with the National Transportation Safety Board, the Federal Railroad Administration and local law enforcement agencies.

Astute experience in the safe coordination of train movement in conjunction with work performed by non-operating crafts. Primary emphasis throughout career enforcing and preserving the safety of all railroad employees and civilians under my jurisdiction.

**DETAILED PROFESSIONAL EXPERIENCE**

➢ **METRO-NORTH COMMUNTER RAILROAD – 01/83 to 11/89**

TRAINMASTER-CAPITAL PROJECTS; TERMINAL MANAGER;TERMINAL SUPERINTENDENT/GRAND CENTRAL TERMINAL

Responsible for providing rail transportation support to Capital Projects – (construction) scheduling track time to permit maximum production by the contractor(s) without impacting upon passenger service; coordinate work with other contractors and railroad maintenance forces to maximize production for all parties without disrupting service and permit the contractors to work effectively with the railroad in a safe working environment.

Managed all Grand Central related passenger functions including building service, train information, tenant needs regarding terminal operation controls, support, train and engine forces. Made significant improvements within the complex. Responsible for track assignments and yard related functions.

• *THIRTY-ONE YEARS WITH PREDECESSOR RAILROADS – CONRAIL, PENN CENTRAL AND NEW YORK CENTRAL*

➢ **CONRAIL – 04/76 to 01/83**

DIRECTOR PASSENGER TERMINAL OPERATIONS; SPECIAL ASSIGNMENT FOR GENERAL MANAGER;

Managed all station personnel and functions on the Metropolitan Region of Conrail, including Central Terminal Complex. Re-developed efficiency of railroad's passenger services.

Worked throughout 1982 as the Metropolitan Transit Authority's representative in implementing the Rail Reorganization Act by acquiring locomotives, rolling stock and track and mechanical department equipment, facilities, property and trackage rights. Removed all AMTRAK functions including personnel from the commuter operation and established



accounting formulas between the MTA and Amtrak/Conrail.

Worked on confidential projects for General Manager investigated accounting procedures, payroll matters involving train and engine personnel. Created car control methods on the Metropolitan Region and reduced car hire costs. Instrumental in negotiating contract between the MTA and Conrail to reduce MTA's car hire costs. Maintained control of work train production and locomotive/equipment utilization reducing daily renting of locomotives. Established a system for servicing commuter rolling stock independent of Conrail. Established program to increase Maintenance of Way production on the region.

➤ **PENN CENTRAL RAILROAD – 01/68 to 04/76**

TRAINMASTER; MANAGER PASSENGER TERMINAL OPERATIONS; SUBURBAN PLANNING ENGINEER

Supervised the Oak Point Terminal Complex, including the Food Center a Hunts Point Terminal, the interchange of crs with the Long Island Railroad. Instituted new method of car control to increase yard efficiency and assumed operation of the Bay Ridge Branch.

Consolidated all stations on the former New Haven and New York Central into Metropolitan Passenger Region. Implemented efficiency of all passenger station functions including accounting and related procedures. Rehabilitated Ticket Offices, fares, services. Established separation with AMTRAK. Mechanized ticket offices and incorporated the New Haven into "Chek It". Established budgets and related cost control activities.

Implemented new schedules on the New Haven Line for the implementation of zone scheduling. Created new track assignments, train consists, equipment and power utilization and new crew assignments. Helped create new time table schedule with new fares for MTA/CTA's contract(s).

➤ **NEW YORK CENTRAL RAILROAD – 03/48 to 01/68**

SUPERVISOR OF STATIONS; TRANSPORTATION ASSISTANT

Staff Supervisor in the General Manager's office of the New York District. Responsible for staff supervision of 4,500 station employees in Mail, Freight, Ticket and all Literage work with the New York Harbor and north to Albany. Coordinated import/export traffic within the harbor. Implemented the centralized demurrage and industrial car control system and the centralized "WHIP" system; managed the demurrage bureau and streamlined the railroad's operation within the harbor and district. Supervised the Flexi-Van/Piggy Back and Auto site operation. Instrumental in forming the first Rail to Container operation with SeaTrain for its Puerto Rico service.

Staff Supervision in the District Transportation office. Made and supervised car groupings and classifications, engine and crew assignments. Coordinated and scheduled all Maintenance of Way and construction work on the district to permit on-time performance of symbol freights and passenger trains, and at the same time protecting the safety of the workers against train movement. Direct supervision over all train dispatchers to schedule trains and coordinate respective train crews with the system. Programmed use of yard engines to handle through trains to and from the district. Programmed lighters and tugs to and from ships and float bridges/contract terminals.

**AGREEMENT ASSIGNMENTS**

NEW YORK CENTRAL RAILROAD
Train Dispatcher
Freight and Ticket Clerk

2

Block Operator/Leverman

Baggageman (Station Training) Participated in numerous studies to consolidate yards and terminals.

**UNION EXPERIENCE**

**EXECUTIVE OFFICER AMERICAN TRAIN DISPATCHERS' ASSOCIATION – 1974-81**

Granted leave of absence from the railroad to serve elected union official position of General Chairman of the New York Central Committee, representing Train Dispatchers on the former New York Central Railroad between New York and Chicago, including the Pennsylvania Railroad office at Indianapolis, Indiana and the Erie Lackawanna office at Elizabethport, New Jersey. Negotiated collective bargaining agreements and contracts for constituent membership with Conrail. Worked on various labor committees and with commuter groups. Contributed in creating the New York State Inspector General's position to oversee the commuter rail operation.

**PROFESSIONAL ACTIVITIES AND COMMITTEES**

Former Representative for Northeast Rail Labor Committee

Former Member Railway Superintendents' Association

Served on Congressman Richard Ottinger's Transportation Committee

Served on NYS Assemblyman Peter Sullivan's Transportation Committee

Served on Harlem Valley Commuters Council

Past Commander – American Legion

Present Treasurer – American Legion

Member Disabled American Veterans

Past President Neighborhood Association

**MILITARY EXPERIENCE**

1950-1954 U. S. Air Force Airborne Radio Operator (A/C)

Honorable Discharge.

**REFERENCES**

Available upon request

3