## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiffs Motion for Leave to File Opposition in Excess of Twenty Pages and Plaintiff's Response to Defendant, Springfield Terminal Railway Company's Motion for Summary Judgment was served by United States First Class Mail, Postage Prepaid, upon:

John J. O'Brien, Esquire
O'BRIEN & VON ROSENVINGE, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481

on this _31st_ day of _August_, 2005.

BARISH◊ROSENTHAL

BY: _____
Paul J. Riley, Esquire
Attorney for Plaintiff