O'BRIEN & VON ROSENVINGE, P.C.

ATTORNEYS AT LAW
27 MICA LANE, SUITE 202
WELLESLEY, MA 02481

TELEPHONE (781) 239-9988
FACSIMILE (781) 239-3360

September 14, 2005

Ms. Zita Lovett, Deputy Clerk
Civil Clerk's Office
United States Federal District Court
1 Courthouse Way
Boston, MA 02210

RE:   Robert Sawyer v. Springfield Terminal Railway Company
      U.S.D.C.: C.A. No. 04-11945-JLT

Dear Ms. Lovett:

In follow up to our telephone discussion on this date, I am scheduled to be in Westfield District Court for the criminal trial of a defendant in a civil case in which my client, the Plain suffered a below the knee amputation and serious injuries to both of his arms. With the permission of the Court, I would like to reschedule the hearing scheduled for December 1st in s case if the criminal matter goes forward as scheduled. The criminal trial has been postponed two prior occasions and for that reason I anticipate it will go forward on December 1, 2005.

I will contact you on Monday, November 21, 2005, to advise you on the status of the criminal trial. Thank you for your consideration in this regard.

Very truly yours,

John J. O'Brien, Jr.

/jjob.jr
cc:   Paul J. Riley, Esq.
      Ronald M. Davids, Esq.
ClerkLovett12-1Hrg