**BARISH ■ ROSENTHAL**

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

November 18, 2005

Ms. Zita Lovett, Deputy Clerk
Civil Clerk's Office
United States Federal District Court
1 Courthouse Way
Boston, MA 02210

      RE:   Robert Sawyer vs. Springfield Terminal Railway Company
              U.S.D.C.: C.A. No. 04-11945-JLT

Dear Ms. Lovett:

      Today I received the electronic notice that Judge Tauro has denied defendant's Motion for Summary Judgment. Previously we had been scheduled for argument on this matter set for December 1, 2005 at 12:00 noon. Given the Court's ruling, I do not plan on coming to Boston that day. Please advise if the Court requires my presence for any other reason on that date. Otherwise, I will await further scheduling orders from the Court.

      Thank you once again for all your consideration in scheduling of this matter. Should you need to contact me, I can be reached at 215-923-8900.

                                      Very truly yours,

                                      PAUL J. RILEY

PJR/mn
cc:   John J. O'Brien, Jr., Esquire

THREE PARKWAY, SUITE 1320 ■ 1601 CHERRY STREET ■ PHILADELPHIA, PA 19102 ■ 215.923.8900 ■ 800.233.7101 ■ FAX 215.351.0593
WEBSITE: WWW.BARISHROSENTHAL.COM