UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAWYER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11945-JLT |
| | * | |
| SPRINGFIELD TERMINAL RAILWAY COMPANY, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

December 7, 2005

TAURO, J.

    After a Conference held on December 7, 2005, this court hereby orders that:

1.    Trial will begin on March 20, 2006 at 10:00 a.m.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                             United States District Judge