**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE
2006 MAR -1  P 1: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-11945-JLT

|  |  |
|---|---|
| **ROBERT SAWYER,** | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **SPRINGFIELD TERMINAL RAILWAY** | ) |
| **COMPANY** | ) |
| **Defendant.** | ) |

## DEFENDANT'S F. R. C. P. 26(a)(3) (A) & (C) DISCLOSURES

Now Comes the defendant pursuant to Federal Rule Civil Procedure 26(a)(3) (A) & ( C) as follows:

Witnesses expected to testify at trial:

A.)    Michael J. Walsh, General Manager of Locomotives, Mechanical Department, Springfield Terminal Railway Company. Mr. Walsh is expected to testify concerning the Safety Rules of STR as they relate to the job duties of STR employees and am knowledgeable concerning safety regulations promulgated by the Federal Railroad Administration, including, but not limited to, 49 CFR 229.119. Mr. Walsh is also expected to testify about general custom and practice in the railroad industry concerning locomotive cab doors and associated equipment. Mr. Walsh is expected to testify concerning the purchase of the locomotive involved in this case and its compliance with FRA requirements. Mr. Walsh is expected to testify about the mechanical inspection of the engine and the door at the front of the engine which he performed on the date of incident with other railroad personnel and the determinations and conclusions that were reached. Mr. Walsh is also expected to testify about the door involved with the plaintiff's incident and the memorandum he prepared in connection with his inspection of the engine and the observations he made at the time of his inspection. Mr. Walsh is also expected to testify concerning the opinions of Plaintiff's expert as contained in Plaintiff's Expert Disclosure as well the expert's trial testimony. The grounds for Mr. Walsh's opinions are his years of experience working on the railroad, his background, training, education and experience and his knowledge of the engine and door involved in the incident.

David Grimm, General Manager in the Transportation Department, is expected to testify concerning the maintenance of the records by STR pertaining to the November 19, 2003 hearing conducted by the Transportation Department of STR relating to the plaintiff, Robert J. Sawyer.

Witnesses the defendant may call at trial:

Robert Sawyer
18 Curwen Road
Peabody, MA 01960-1230

Keeper of Records
Massachusetts General Hospital
Boston, MA

Keeper of Records
Cataldo Ambulance Service Inc.
Somerville, MA02143

Christopher Gorreck, Road Foreman
Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA 01862

Gary Willis, Engineer
Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA

Paul D' Hondt, Machinist
Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA

Defendant, Springfield Terminal Railway Company, incorporates by reference all witnesses identified by the plaintiff.

Exhibits defendant intends to offer at trial:

C.)    Cataldo Ambulance Report dated October 23, 2003

Massachusetts General Hospital medical records

Certified Letter dated December 3, 2003, regarding 2003 Discipline Record Notice No:54 Transportation Department from W. J. Bostwick, General Manager - West, Transportation Department

Correspondence dated December 9, 2003 from Anthony F. Lomanto, Manager of Labor Relations, to M. G. Maloof, General Chairman, United Transportation Union, Framingham, MA

Transportation Department Hearing Transcript dated 11/19/03 and attached photographs

Certified Letter dated March 26, 2004, regarding Notice of Hearing to R. J. Sawyer from A. D. Zompa, Director of Operating Rules and Receipt

Employee Change of Status Notification dated 10/23/03

Employee Change of Status Notification dated 10/23/03 or 10/29/03

Certified letter dated April 15, 2004 from R. E. Miller, Assistant to Vice President, Transportation Department, to Mr. R. J. Sawyer

Correspondence dated May 14, 2004 from Anthony F. Lomanto, Manager of Labor Relations, to M. G. Maloof, General Chairman, United Transportation Union, Framingham, MA

Hearing Transcript, R. J. Sawyer, April 1, 2004

Employee Change of Status Notification dated 1/29/04

Health Resources Medical Review Officers Report of Drug Screen Results

Health Resources Employee Scheduling Form

Health Resources Return to Service Evaluation

Employee Change of Status Notification dated 10/29/03

Notice of Lien by RRB dated 11/7/03

Locomotive Inspection Report dated 10/23/03

Engineers & Inspectors Report for inspection on 10/18/03

Engineers & Inspectors Report for inspection on 10/21/03

Engineers & Inspectors Report for inspection on 10/22/03

Engineers & Inspectors Report for inspection on 10/23/03

October 24, 2003 Memorandum Mechanical Department to M. E. Moore by M. J. Walsh

Record of Robert J. Sawyer (three pages)

Public Law Board No. 4623, Case No. 130, Award No. 130 (2 pages)

Submission of Springfield Terminal Railway Company to Public Law Board No. 4623, Case no. 130, Award no. 130 dated April 15, 2004 signed by A. F. Lomanto.

Safety Rule 79

By the Defendant,
Springfield Terminal Railway Company,
By its attorneys,

John J. O'Brien, Jr., Esq.
BBO # 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481

Dated: February 22, 2006                    (781) 239-9988

## CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of

**DEFENDANT'S F. R. C. P. 26(a)(3) (A) & (C) DISCLOSURES**

by mailing a copy thereof, postage prepaid, to:

Ronald M. Davids, Esq.                    Paul J. Riley, Esq.
Davids & Schlesinger                      Barish Law Offices, P. C.
40 Washington Street, Suite 250           1601 Cherry Street
Wellesley, MA 02481                       Philadelphia, PA 19102

John J. O'Brien, Jr.

Dated: February 22, 2006