UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SAWYER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SPRINGFIELD TERMINAL RAILWAY )<br>COMPANY )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br><br>CASE NO. 04 11945 JLT |

### PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(3)(A)&(C) DISCLOSURES

Now comes the plaintiff pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)&(C) as follows:

A.   **Witnesses expected to testify at trial**

A. Robert Sawyer - Plaintiff, Mr. Sawyer is expected to testify concerning the accident of October 23, 2003. Mr. Sawyer will also describe his background and experience working for Springfield Terminal Railroad. Mr. Sawyer is expected to testify regarding what he remembers happening immediately before and in the aftermath of his exiting the cab door of MEC-Locomotive 515. Mr. Sawyer will also identify photographs of his right ring finger taken after the accident. Mr. Sawyer will describe the treatment he received and any residual complaints regarding that injury. Finally, Mr. Sawyer will testify about how long a period he was out of work and the amount of wages he lost during that time frame.

B. Dr. Lauren Adey - Plaintiff's treating physician and medical expert. Dr. Adey will testify on videotape per the court's December 1, 2005 Order, regarding her care and treatment of Robert Sawyer. She will also testify that she reviewed medical records from Massachusetts General

Hospital Emergency Room and from her associates treatment of Mr. Sawyer at Orthopedic Hand Service Clinic. She will testify about her opinions stated in her May 9, 2005 narrative report regarding causation and permanency based on her training, experience, review of Mr. Sawyer's medical records, and her own examination and treatment of Mr. Sawyer.

C. Louis Catone - Plaintiff's liability expert. Mr. Catone is expected to testify about the conclusions he reached regarding Mr. Sawyer's October 23, 2003 accident. These conclusions are contained in Mr. Catone's May 2, 2005 expert report. These opinions will include Springfield Terminal's failure to properly investigate the incident where Mr. Sawyer was injured. Mr. Catone will testify about the factors which lead to his opinion that defendant's failure to have a secure and operable latching device on the cab door constituted a violation of Code of Federal Regulation Title 49, Part 229 thus not providing a safe work environment. He will also testify about his conclusion regarding the Public Law Board's findings in this case and his belief of what caused the cab door to close. The grounds for Mr. Catone's opinions are his many years of training and experience and his review of certain records and/or documents.

D. Michael Maloof - Richard Chartrand - Mr. Sawyer's union representatives at his November 19, 2003 disciplinary hearing. They are expected to testify about the information which was testified to at that hearing, and their understanding of the custom and practice of the railroad industry.

Plaintiff, Robert Sawyer, incorporated by reference all witnesses identified by the defendant.

**B.**     **Exhibits Plaintiff intends to offer at trial**

1. Eight (8) photographs of Robert Sawyer taken November 23, 2003.

2. March 31, 2005 deposition of Robert Sawyer.

3. Curriculum Vitae of Louis Catone.

4. May 2, 2005 report of Louis Catone.

5. Mechanical Department Memorandum prepared by M.J. Walsh dated October 24, 2003.

6. Disciplinary Hearing transcript dated November 19, 2003.

7. Nine (9) photographs of Locomotive MEC 515 taken by defendant's police department.

8. Public Law Board NO. 4623, Case No. 130, findings for the appeal of Robert Sawyer.

9. Federal Railroad Administration ("FRA") regulation at Title 49, part 225.

10. Historical Weather report for Boston October 23, 2005.

11. Code of Federal Regulation Title 49 part 229.119.

12. Affidavit of Robert Sawyer dated August 24, 2005.

13. Plaintiff's Complaint.

14. Defendant's Answer to Complaint.

15. Curriculum Vitae of Dr. Lauren Adey.

16. May 9, 2005 narrative report of Dr. Lauren Adey.

By the Plaintiff, Robert Sawyer
by his attorney,

_____
Paul J. Riley, Esquire
BARISH ROSENTHAL
Three Parkway - Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

DATED: March 2, 2006

## CERTIFICATE OF SERVICE

I, Paul J. Riley, attorney for Plaintiff in the within action, hereby certify that I have this day served a copy of Plaintiff's F.R.C.P. (26)(a)(3)(A)&(C) Disclosures by mailing a copy thereof, postage prepare to:

> John J. O'Brien, Esquire
> O'Brien & von Rosenvinge
> 27 Mica Lane, Suite 202
> Wellesley, MA  02481

BARISH♦ROSENTHAL

BY: _____
Paul J. Riley, Esquire

DATED: March 2, 2006