# BARISH ◼ ROSENTHAL
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY



March 8, 2006

Ms. Kimberly Abaid, Docket Clerk
Civil Clerk's Office
United States Federal District Court
1 Courthouse Way
Boston, MA  02210

      RE:    Robert Sawyer vs. Springfield Terminal Railway Company
              U.S.D.C.: C.A. No. 04-11945-JLT

Dear Ms. Abaid:

      Please be advised that the parties have settled the above captioned matter currently scheduled for Trial on March 20, 2006 before Judge Tauro. I have contacted Ms. Zita Lovett who will schedule this matter for 60 days to file the requisite paperwork.

      Very truly yours,

      PAUL J. RILEY

PJR/mn
cc:    John J. O'Brien, Jr., Esquire